# UNITED STATES DISTRICT COURT
## Southern District of Florida

CASE NUMBER:_____

ANGEL MENDEZ
EVELYN MENDEZ
Plaintiff(s)

v.

GREEN TREE SERVICING LLC; CHERYL COLLINS CFO
SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO
EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO
BANKUNITED, FSB; DOUGLAS J. PAULS CFO
Defendants(s)

FILED by _AJS_ D.C.

**MAY 1 1 2011**

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**COMPLAINT**

I, ANGEL MENDEZ AND EVELYN MENDEZ plaintiff, in the above styled cause, request Judicial Review of the Administrative Process thru the Administrative Procedures Act of 1946 that was done on the defendant(s); GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO.

*(Allegation of jurisdiction, i.e., under which federal law or section of the U.S. Constitution this action is being filed )*

This action is filed under:  TITLE 15 SEC 1692g. Validation of debts

*(Statement of Facts)*

Around March 3, 2010, we Angel Mendez and Evelyn Mendez Plaintiff(s) , received a demand for payment from defendants GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO: and around March 5, 2010 we Angel Mendez and Evelyn Mendez Plaintiff(s) , received a demand for payment from defendants: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO. On March 15, 2010, We sent a Affidavit/Presentment/ Conditional Acceptance/ Proof of Claim  to GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO, requesting a validation of debit, and they did not answer within the (30) Thirty day required time frame and so on April 12, 2010 we sent them a Notice of Fault with Opportunity to Cure with an additional 10 days to answer and still did not get any answer within the required time frame from the defendants GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO In light of the dishonors noted above, We requested services of  a notary public for the State of Florida, to do a Administrative Process thru the Administrative Procedures Act of 1946, **which has it's origins from the Administrative Procedure Act of 1946 (USC Title 5. Section 500).**  to evidence the credible, admissible evidence of dishonor outlined above by re-presenting my Affidavit/Presentment/ Conditional Acceptance/ Proof of Claim under Notary Presenter to <u>GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO</u> .

A notary public is a "public officer" within the government, and as such, their official records are considered "public records" and are exempted from the Hearsay Rule, Federal Rule of Evidence 802.

On 05/11/2010 we, Angel and Evelyn Mendez filed an **Affidavit**  recorded 05/11/2010 under CFN# 2010R0314349 , Book 27280, pages 0182-203,HARVEY RUVIN, CLERK OF THE COURT MIAMI-DADE COUNTY, FLORIDA see Exhibit A  and sent a copy of the Affidavit/Presentment/ Conditional Acceptance/ Proof of Claim thru a Notary Presenter to the defendants <u>GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO</u> on May 12, 2010 See the Notary Presenter's  DECLARATION OF SERCIVE  Exhibit B.The Notary Presenter sent it by United States Post Office Certified Mail Return Receipt . The Notary Presenter c/o Plaintiff(s) Angel Mendez and Evelyn Mendez did not receive an answer within the required time frame so the Notary Presenter issued a NOTICE OF NON-RESPONSE on June 14, 2010 to document and to inform every party Exhibit C . On July 21, 2010 the notary presenter on behalf of the  Plaintiff(s) Angel Mendez and Evelyn Mendez sent the defendants GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO

a NOTICE OF FAULT IN DISHONOR AND OPPORTUNITY TO CURE see Exhibit D . On July 30,2010 Defendants BANKUNITED, FSB; DOUGLAS J. PAULS CFO Sent Angel Mendez and Evelyn Mendez Plaintiff(s) a letter informing them that the Loan was sold to GREEN TREE SERVICING LLC Exhibit E. Defendants GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: did not answer in the time frame required. On August 9, 2010 the notary presenter on behalf of the Plaintiff(s) Angel Mendez and Evelyn Mendez sent the defendants GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: a NOTICE OF DEFULT IN DISHONOR Exhibit F and defendants GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: did not answer in the time frame required. On August 24, 2010 the Notary Presenter issued us Angel Mendez and Evelyn Mendez Plaintiff(s) a FORMAL CERTIFICATE OF DISHONOR Exhibit G. On August 30,2010 we Angel Mendez and Evelyn Mendez Plaintiff(s) sent a AFFIAVIT OF DECLARATION OF OWNERSHIP Exhibit H to the Department of the State of Florida and they authenticated the document and issued a Apostille Exhibit I. To conclude our statement of the facts we the Plaintiff(s) Angel Mendez and Evelyn Mendez filed a Affidavit and notified the defendants thru a Notary Presenter GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO and they never rebutted. A Unrebutted Affidavit Stands as Truth "Court of Appeals may not assume the truth of allegations in a pleading which are contradicted by affidavit. Where affidavits are directly conflicting on material points. It is not possible for the district judge to "weight" the affidavits in order to resolve disputed issues; except in those rare cases where the facts alleged in an affidavit are inherently incredible, and can be so characterized solely by a reading of the affidavit, the district judge has no basis for a determination of credibility." Data Disc, Inc. v. Systems Tech. Assocs., Inc. 557 F.2d 1280 (9th Cir. 1977 and we the Plaintiff(s) Angel Mendez and Evelyn Mendez requested services of a notary public for the State of Florida, to do a Administrative Process thru the Administrative Procedures Act of 1946, **which has it's origins from the Administrative Procedure Act of 1946 (USC Title 5. Section 500).** and the notary is a state official as well as an officer of the court, who serves as an impartial third party, and we requested the defendants GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO a debt validation **PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT (15 USC §1601, ET SEQ). A consumer can REQUEST A DEBT VALIDATION from any corporation that they are doing business with.**
the defendants GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO **had 30 days to respond to** the Plaintiff(s) Angel Mendez and Evelyn Mendez **debt validation request in writing and never did.**

Also the Notary Presenter as a operation of law UCC 3-505 issued a FORMAL CERTIFICATE OF DISHONOR. Exhibit G and it **is an administrative judgment by an officer of the state. As an operation of law there is nothing further pursuant to the doctrines of Stare Decisis and Res Judicata. Also known as Nihil dicit judgement. The** FORMAL CERTIFICATE OF DISHONOR **carries the same legal weight has a court issued judgement and consequently, the alleged debt**

collector can not continue to attempt to collect the debt after they have entered into commercial dishonor by not responding to the debt validation package, and the Notary is a Officer of the court, and has the legal authority to issue an administrative law judgement against the the defendants GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO **after commercial dishonor has been confirmed.**

### Uniform Commercial Code §3-505.
### (§ 3-505. EVIDENCE OF DISHONOR.

(a)  The following are admissible as evidence and create a presumption of dishonor and of any notice of dishonor stated:

(1) a document regular in form as provided in subsection (b) which purports to be a protest;

(2) a purported stamp or writing of the <u>drawee</u>, payor bank, or presenting bank on or accompanying the <u>instrument</u> stating that <u>acceptance</u> or payment has been refused unless reasons for the refusal are stated and the reasons are not consistent with dishonor;

(3) a book or record of the <u>drawee</u>, payor bank, or collecting bank, kept in the usual course of business which shows dishonor, even if there is no evidence of who made the entry.

(b)  A protest is a certificate of dishonor made by a United States consul or vice consul, or a notary public or other person authorized to administer oaths by the law of the place where dishonor occurs.  It may be made upon information satisfactory to that person.  The protest must identify the <u>instrument</u> and certify either that <u>presentment</u> has been made or, if not made, the reason why it was not made, and that the instrument has been dishonored by nonacceptance or nonpayment.  The protest may also certify that notice of dishonor has been given to some or all parties.

The defendants GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO are in Commercial Dishonor and are in Default. **They failed** to respond pursuant to the said terms of response or specifically perform under the provisions of the Affidavit/Presentment/ Conditional Acceptance/ Proof of Claim Exhibit A and comprised there default. There default comprise there confession **to holding all liability in the aforesaid matter, there stipulation that** Angel Mendez and Evelyn Mendez Plaintiff(s)  **has exhausted his/her administrative remedy, and there consent to all necessary collection procedures**. As well, there default comprised there confession to securities fraud, tax fraud, breach of fiduciary duty.

ESTOPPEL BY ACQUIESCENCE:  There Default  comprised there agreement that all issues pertaining to the Affidavit/Presentment/ Conditional Acceptance/ Proof of Claim are deemed settled and closed **res judicata, stare decisis** and **collateral estoppel**, and as a result, **judgment by estoppel.**

Angel Mendez and Evelyn Mendez Plaintiff(s) have a right of claim to settle and close their account with defendants GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO. Also the defendants GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO can not trespass on Angel Mendez and Evelyn Mendez Plaintiff(s) private Rights and property. Angel Mendez and Evelyn Mendez Plaintiff(s) not arguing status; Angel Mendez and Evelyn Mendez Plaintiff(s) defending there standing as original creditor.
Defendants GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO failed to respond within 30 calendar days, Defendants GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO agreed that the mortgage has been satisfied. Because documents were not submitted by affidavit the lawfully documented evidence with the claim, as provided. Defendants GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO non Response according to the conditions to the Affidavit/Presentment/ Conditional Acceptance/ Proof of Claim stands as satisfaction of mortgage.

We Angel Mendez and Evelyn Mendez Plaintiff(s) have done everything within our power to resolve our disputes with the Defendants GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO. We Angel Mendez and Evelyn Mendez Plaintiff(s) can prove that the Defendants GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO previous fiduciary contract with us Angel Mendez and Evelyn Mendez Plaintiff(s) imposed upon our legal and moral duty to answer our Affidavit/Presentment/ Conditional Acceptance/ Proof of Claim under Notary Presenter, and there silence can now be construed as there acquiescence to fraud. "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading." See U.S. v Tweel, 550 F.2d 297, 299 (1977), emphasis added, quoting U.S. v. Prudden, 424 F.2d 1021, 1032 (1970). See also Carmine v. Bowen , 64 A. 932 (1906)

Defendants GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO are at default and has comprise their agreement that all issues pertaining to our Affidavit/Presentment/ Conditional Acceptance/ Proof of Claim under Notary Presenter are deemed settled and closed **res judicata, stare decisis** and **collateral estoppel**, and as a result, **judgment by estoppel**.

*( Relief request, i.e., State what you want the Court to do or award)*

We Angel Mendez and Evelyn Mendez Plaintiff(s) request that after having this being judicial review grant us  Angel Mendez and Evelyn Mendez Plaintiff(s) a Declaratory Judgment and issue us Quite Title to our property located at  6526 Kendale Lakes Drive Apartment 1405 Miami, Florida 33183 legal description SPANISH VILLAS CONDO UNIT 1405 - BLDG 14 UNDIV .093% INT IN COMMON ELEMENTS OFF REC 9486-835 OR 18850-154 1099 1 APN: 30-4927-019-0970 because we have proven to be the owners infact of said property free and clear.

Signed this ___10__ day of ___May_____, 2011

Angel Mendez 786-286-7722
6526 Kendale Lakes Drive Apartment #1405
Miami, Florida, near [33183]

Evelyn Mendez  786-286-7722
6526 Kendale Lakes Drive Apartment #1405
Miami, Florida, near [33183]

# UNITED STATES DISTRICT COURT
## Southern District of Florida

CASE NUMBER:_____

ANGEL MENDEZ
EVELYN MENDEZ
Plaintiff(s)

v.

GREEN TREE SERVICING LLC; CHERYL COLLINS CFO
SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO
EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO
BANKUNITED, FSB; DOUGLAS J. PAULS CFO
Defendants(s)

    **THIS CAUSE**, having come before the court on Plaintiff(s) Order to Issue Quiet Title to Angel Mendez and Evelyn Mendez Plaintiff(s) property located at 6526 Kendale Lakes Drive Apartment 1405 Miami, Florida 33183 legal description SPANISH VILLAS CONDO UNIT 1405 - BLDG 14 UNDIV .093% INT IN COMMON ELEMENTS OFF REC 9486-835 OR 18850-154 1099 1 APN: 30-4927-019-0970 because they have proven to be the owners infact of said property, free and clear.

1. The Plaintiff(s) Order to Issue Quiet Title to Angel Mendez and Evelyn Mendez to their property located at 6526 Kendale Lakes Drive Apartment 1405 Miami, Florida 33183 legal description SPANISH VILLAS CONDO UNIT 1405 - BLDG 14 UNDIV .093% INT IN COMMON ELEMENTS OFF REC 9486-835 OR 18850-154 1099 1 APN: 30-4927-019-0970 because they have proven to be the owners of said property free and clear is hereby GRANTED.

2. Case is now closed with prejudice GRANTED

DONE AND ORDERED in the UNITED STATES DISTRICT COURT, Southern District of Florida, this _____ day of _____, 2011

_____
Federal Judge

# VERIFIED DECLARATION IN THE NATURE OF AN AFFIDAVIT

I, Angel & Evelyn of the family Mendez, a living soul, over 18 years of age, being competent to testify and having first hand knowledge of the facts herein, declares under penalty of perjury of the laws of the united States of America, that:

1. Around March 3, 2010, we Angel Mendez and Evelyn Mendez Plaintiff(s), received a demand for payment from GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO: which we requested validation of debit.

2. Around March 5, 2010 we Angel Mendez and Evelyn Mendez, received a demand for payment from SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO which we requested validation of debit.

2. On March 15, 2010, I sent a Affidavit/Presentment/ Conditional Acceptance (CA) to GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO.

3. GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO did not answer within the required time frame by law and so on April 12, 2010 I sent them a Notice of Fault with an additional 10 days to answer.

In light of the dishonors noted above, I hereby request your services as a notary public for the State of Florida, to evidence the dishonor outlined above by re-presenting my Affidavit/Presentment/ Conditional Acceptance/ Proof of Claim to GREEN TREE SERVICING LLC; CHERYL COLLINS CFO: SPACE COAST CREDIT UNION; THOMAS R. BALDWIN CFO: EASTERN FINANCIAL CREDIT UNION; TIMOTHY M. ANTONITION CFO: BANKUNITED, FSB; DOUGLAS J. PAULS CFO .

Further, Affiant sayeth naught.

Signature: _____  Date: 05/4/10   Name: _____  Date: 05/4/2010
Angel of the family Mendez                      Evelyn of the family Mendez
6526 Kendale Lakes Drive Apartment 1405         6526 Kendale Lakes Drive Apartment 1405
Miami, Florida Republic, near [33183]           Miami, Florida Republic, near [33183]

Notice:
Use of a Notary on this document does not constitute an adhesion, nor does it alter my status in any manner. The purpose of the notary is verification and identification only and not for entrance into any foreign jurisdiction.

Acknowledgment

State of _Florida_ )
)
County of _Miami-Dade_ ) ss:

On this, the _4th_ day of _May_ , 2010, before me, a notary public, the undersigned officer, personally appeared _Angel B. Braun Mendez_, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that s/he executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

Notary Signature                                        SEAL:

_Lynette Leyva_                     _10/08/2013_
Notary Printed Name              My Commission Expires:

LYNETTE LEYVA
MY COMMISSION # DD93187
EXPIRES: October 08, 2013
Fl. Notary Discount Assn. Co.
1-800-3-NOTARY

# AFFIDAVIT OF NOTARY WITNESS
## CERTIFICATION OF MAILING

State of Florida )
County of Miami-Dade ) ss.

On this 11th day of May , 2010, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that: Angel & Evelyn Mendez appeared before me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Certified Mail receipt below:

Douglas J. Pauls CFO     Certified Mail# 7010 0780 0001 7570 1554
BANKUNITED, FSB
255 Alhambra Circle
Coral Gables, FL 33134-7407

Timothy M. Antonition CFO    Certified Mail# 7010 0780 0001 7570 1523
EASTERN FINANCIAL CREDIT UNION
3700 Lakeside Drive
Miramar, FL 33027

Cheryl Collins CFO     Certified Mail# 7010 0780 0001 7570 1530
GREEN TREE SERVICING LLC
345 St. Peter Street
St. Paul, MN 55102

Thomas R. Baldwin CFO    Certified Mail# 7010 0780 0001 7570 1547
SPACE COAST CREDIT UNION
8045 N. Wickham Rd.
Melbourne, FL 32940

### LIST OF DOCUMENTS MAILED

1. **AFFIDAVIT OF TRUST DEED**
2. **NOTICE OF REVOCATION OF POWER OF ATTORNEY-BANK UNITED FSB**
3. **RIGHT OF CLAIM- BANK UNITED FSB**
4. **DEED OF RELEASE**
5. **BACK TAXES FUTURE TAXES**
6. **NOTICE OF REVOCATION OF POWER OF ATTORNEY- EASTERN FINANCIAL CREDIT UNION**
7. **RIGHT OF CLAIM- EASTERN FINANCIAL CREDIT UNION**
8. **NOTARY JURAT**
9. **C.C.**

Address for return correspondence:

LYNETTE LEYVA, NOTARY PRESENTER
c/o Angel & Evelyn Mendez
PO BOX 970792
Miami, FL 33177

WITNESS my hand and official seal.

Date: 5/11/2010

Notary Signature

Lynette Leyva
Notary Printed Name

10-08-2013
My Commission Expires:

SEAL:

LYNETTE LEYVA
MY COMMISSION # DD931818
EXPIRES: October 08, 2013
FL Notary Discount Assoc. Co.
1-800-3-NOTARY

CFN 2010R0314349
OR Bk 27286 Pgs 0192 - 2034 (22pgs)
RECORDED 05/11/2010 11:59:19
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

**RETURN ADDRESS:**
Angel: and Evelyn: of the family Mendez
c/o 6526 Kendale Lakes Drive Apartment 1405
Miami, Florida, near [33183]

# AFFIDAVIT

I declare this is an Affidavit of TRUST DEED AND DEED RELEASE and this includes all attached documents.

1.   AFFIDAVIT OF TRUST DEED
2.   NOTICE OF REVOCATION OF POWER OF ATTORNEY-BANK UNITED FSB
3.   RIGHT OF CLAIM- BANK UNITED FSB
4.   DEED OF RELEASE
5.   BACK TAXES FUTURE TAXES
6.   NOTICE OF REVOCATION OF POWER OF ATTORNEY- EASTERN FINANCIAL CREDIT UNION
7.   RIGHT OF CLAIM- EASTERN FINANCIAL CREDIT UNION
8.   NOTARY JURAT
9.   C.C.

LS: _Angel Mendez_  05/04/10      LS: _Evelyn Mendez_  05/04/10
    Angel: Mendez      Date              Evelyn: Mendez     Date

## ACKNOWLEDGEMENT OF NOTARY

State of  FLORIDA            )
                             ) SS.
County of  Miami-Dade        )

On the 4th day of May , two thousand ten, before me, Lynette Leyva , Notary, personally appeared Angel: and Evelyn: of the family Mendez, known to me (or proved to me on the basis of satisfactory evidence of identification) to be the living man and woman whose name is subscribed upon this instrument and acknowledged to me that they executed the same in there authorized capacity; and by their signature on this instrument, Angel: and Evelyn: of the family Mendez has acted on behalf of the person who executed this instrument.

Witnessed by my hand and official seal.

My Commission Expires: 10/08/2013

SEAL

LYNETTE LEYVA
NOTARY - STATE OF FLORIDA
EXPIRES October 08, 2013
FL Notary Discount Assoc. Co.
800-4-NOTARY

# Exhibit A

Return Document To:
Angel: and Evelyn: of the family Mendez
c/o 6526 Kendale Lakes Drive Apartment 1405
Miami, Florida, near [33183]
"Non domestic without the US"

# Affidavit Of
# Trust-Deed
### under the common law
### UCC1-103.6

This Trust-Deed was prepared by Angel: and Evelyn: for the family: Mendez
Brief description for the Index:  county-trust-land

This Deed made this 12:50 p.m. hour on the twentieth day on fourth week on the eighth month,
in the year five thousand seven hundred seventy this being the present day as to the best of my
knowledge by and between:

| | |
|---|---|
| county-Trustee: | county-stewards: |
| ◯ᴡᴦⱮL (YaHuWahshua): Trustee | Angel: and Evelyn: |
| for the district: | stewards for the Trustee |
| Miami-Dade county: | general post-office |
| Florida: the land: | 6526 Kendale Lakes Drive Apartment 1405-farm: |
| Yisra'el: the commonwealth. | Miami-Dade the County, Florida the land: |
| | Yisra'el: the commonwealth. |

The designation Trustee and stewards as used herein shall include said resurrected and non-
resurrected sons of man, and their heirs as required by context:

Witnessed, that the Trustee, for a valuable consideration paid by the Trustee to the Creator;
ⱮᴦⱮL (YaHuWah), the receipt of which is hereby acknowledged, has and by these presents
does grant, and convey stewardship unto Angel: and Evelyn: in 6526 Kendale Lakes Drive
Apartment 1405-farm:, all that certain lot of land situated on Miami-Dade county, Florida: the
land, Yisra'el: the commonwealth and more particularly described as follows:

### Land thus described

Latitude 25° 42' 16.93" N and Longitude 80° 25' 47.51" W third planet from the sun;

For translation; the "Miami-Dade County Municipality description": 6526 Kendale Lakes
Drive Apartment 1405 Miami, Florida 33183

Page 1 of 2

Affidavit Of Trust-Deed

By lot:

**Land Description**
SPANISH VILLAS CONDO UNIT 1405 - BLDG 14 UNDIV .093% INT IN COMMON ELEMENTS
OFF REC 9486-835 OR 18850-154 1099 1
APN: 30-4927-019-0970

With a seal on a post near the front entrance of the land and near the side door of the dwelling that reads:
Miami-Dade: the county: Florida: the land: district: country of Origin: Yisra'el: the commonwealth.

To Have and to Hold the aforesaid lot of land and all dominion and appurtenances thereto belonging to
the Trustee in absolute, and

The Trustee covenants that he is seized of said land in absolute and has absolute authority to convey said
land in fee-farm; that said county-trust are free from encumbrances, and that the Trustee will warrant and
defend the said dominion to the same against the presumptions, customs and traditions of all persons
whomsoever except for exceptions hereinafter stated.

Dominion to the land hereinabove described is subject to the following exceptions:

1: Subject to the will of the Creator, ᗺᏯᏯᏝ.

In Witness Whereof, the steward for the Trustee has hereunto set his hand and seal, and has caused this
Deed to be signed, sealed, and delivered in the name of the Trustee, ᏝᏯᏝ.

Time is of the essence. BANKUNITED, FSB any successors and assigns is herewith time-barred and
otherwise foreclosed from any further action against Claimant, retaliation, or retention of Claimant's
property. Under duress per minas, ephemeral and desultory codes, statutes, and regulations with protest
affirmed. Void where prohibited by law.

_Angel Menda_          _Evelyn Menda_
Angel: steward for the trustee        Evelyn: steward for the trustee

Witness               Witness

Miami-Dade: the county, Florida: the land Yisra'el: the commonwealth.  I, a witness for the
county-trust and witness aforesaid certify that: Angel: is in assembly with us this day
acknowledged the execution of the foregoing Trust-Deed. Witness my hand and judicial seal or
stamp, This Deed made this 12:50 p.m. hour on the twentieth day on fourth week on the eighth
month, in the year five thousand seven hundred seventy this being the present day as to the best
of our knowledge.

Page 2 of 2

**Affidavit Of Trust-Deed**

Date: May 4, 2010

FROM:
:Angel: and Evelyn: of the family Mendez
6526 Kendale Lakes Drive Apartment 1405
Miami, Florida Republic, near [33183]
"Non domestic without the US"


TO:
**Douglas J. Pauls CFO**
BANKUNITED, FSB any successors and/or assigns
255 Alhambra Circle
Coral Gables, FL 33134-7407


RE: Deed of Trust Record: # 99R564977                    Loan#: 3110046
    book 18850 page 154


## NOTICE OF REVOCATION OF POWER OF ATTORNEY
### RESCISSION OF SIGNATURES
### RESCISSION OF INSTRUMENT
## NOTICE TO CEASE AND DESIST
## AND I HAVE TAKEN DEED OF AGENCY
#### IN THE COMMON LAW UCC 1-103.6 and UCC 1-306

In the Common Law and for the record, know all men by these presents:

  That, I * :Angel: and :Evelyn:  of the family Mendez * (hereinafter known as 'Signer'),  Signer does hereby declare that, due to the discovery of various elements of fraud, fraudulent inducement, fraudulent misrepresentation, entrapment, and nondisclosure by  BANKUNITED, FSB any successors and/or assignees, resulting in the deprivation of my property by BANKUNITED, FSB any successors and/or assignees and/or by any of its agents; and, after a recent review/ and a close perusal of the purported Loan, Trust Deed, and Security Agreement records - I, :Angel: and :Evelyn: of the  Mendez do hereby refuse to knowingly accept, or otherwise participate in ANY part of fraud and other wrongful actions involving the purported Promissory Note/Security Instrument/Trust Deed; and, further do hereby revoke, rescind, and terminate all our signatures relating to any/all said deeds, notes, mortgage, and all agreements from their inception.

  Furthermore, I, :Angel: and :Evelyn: of the family Mendez, do hereby revoke, terminate, and rescind all Powers of Attorney, in fact or otherwise, previously assigned by us, implied in law, by trust or otherwise, with or without our consent and/or knowledge, as such pertains to any property, real or personal, promissory note, deed of trust and mortgage signed, under Deed of Trust Record: 99R564977 recorded

November 4th 1999 involving the property specifically addressed and identified as 6526 Kendale Lakes Drive Apartment 1405 Miami, Florida 33183

Prepared By

_Angel Mendez_ Auth Rep        _Evelyn Mendez_ Auth Rep
: Angel: Mendez                  : Evelyn: Mendez

as executed and signed on this day and date of _____ MAY 4 _____, 2010 A.D. and with praise to the goodness of our creator on this day. All Rights Reserved and Without Prejudice.

By: _Angel Mendez_                                        (seal)
Signer and Authorize Representative   Signed - Signer, A Natural and Living man

_Angel Mendez_
Printed Name - Signer

_6526 Kendale Lakes Drive Unit 1405_
Address – Signer   Miami, Florida [33183]

By: _Evelyn Mendez_
Signer and Authorize Representative   Signed - Signer, A Natural and Living woman

_Evelyn Mendez_
Printed Name - Signer

_6526 Kendale Lakes Drive Unit 1405_
Address - Signer   Miami, Florida [33183]

Witness:
Signed - Witness

: Emilio: Quintana
Printed Name - Witness
471 North Pine Island Road Apartment 4080
Address - Witness   Plantation Florida [33324]

_Richard Santiago_
Signed - Witness

FERDINAND Santiago
Printed Name - Witness
1110 WEST Oakland Park Boulevard # 113
SUNRISE, FLORIDA [33351]
Address - Witness

Page 2 of 2

Notice of Revocation of Power of Attorney

Reference Loan Number: 3110046

From:
:Angel: and :Evelyn: of the family Mendez
6526 Kendale Lakes Drive Apartment 1405
Miami, Florida Republic, near [33183]
"Non domestic without the US"

TO:
Douglas J. Pauls CFO
BANKUNITED, FSB any successors and/or assigns
255 Alhambra Circle
Coral Gables, FL 33134-7407

RIGHT OF CLAIM
WITHIN THE ADMIRALTY
NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

To: Libellee(s)  BANKUNITED, FSB any successors and/or assigns; CFO DOUGLAS J PAULS; Douglas J. Pauls
CFO Claimant reserves the right to include 0-100 additional  Libellee(s).

   I :Angel: and :Evelyn: of the family Mendez, Living man/ woman hereinafter referred to as "Claimant" do herein
NOTICE Libellee(s) that:
   THIS IS A PRESENTMENT to Libellee(s); this letter is being sent to you as a courtesy to shield and protect
Claimant from further usurpation of *ultra vires* authority by unjust enrichment through acts and actions of
Libellee(s) and to protect Libellee(s) from yourself/themselves and your/their greed. This is to inform you that
compliance with the NOTICE OF REVOCATION OF POWER OF ATTORNEY, RESCISSION OF
SIGNATURES, RESCISSION OF INSTRUMENT, NOTICE TO CEASE AND DESIST, and NOTICE OF DEED
OF AGENCY these notices are not subject to your discretion or acceptance. Compliance is in accordance with Rule
9d according to law.   After the deconstruction and verification of the "documentation of mortgage" Claimant has
discovered undeniable facts that there were never any funds borrowed from Libellee(s) bank. This is crystal clear
after examining IRS and other Government forms filled out by officers of BANKUNITED, FSB any successors
and/or assignees


   These forms and laws include but are not limited to:

   A promissory note falls under UCC Art. 3 as a negotiable instrument, once it is securitized, it falls under UCC
Articles 8 & 9 as a security.  The banks are illegally selling un-registered instruments.
   Deeds of trust and mortgage deeds are always registered as evidences of debt . notes are never registered.  Selling
un-registered securities is an automatic Right of Rescission of the original contract.

UCC § 3-603. TENDER OF PAYMENT
(b) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument
and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of
an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender
relates.

   The 2046 balance sheet, as it relates to the original "loan," shows the banks' ledgering of the account upon the off
balance sheet entry and displays the extinguishment of the "loan." Mandatory filing pursuant to Title 12 U.S.C. 248
& 347.

Right of Claim                                                                                       Page 1 of 5

The 1099 OID Report will identify the "Fountain and Source" from which capital and interest was taken and who the recipient and payer of the funds are and who is holding the account in escrow, un-adjusted.

The S3-A registration statement shows when and where the instrument was sold; and,

The 424 B-5 prospectus (security filing); and,

The RC-S & RC-B call schedules; and,

FASB (Financial Accounting Standards Board) part of GAAP (Generally Accepted Accounting Standards) directs all Parties to the basic standards of Equity that will bring balance to an Audit of the Equity; and,

FAS 125, 133, 140, 5, 95. These will direct the auditor to the liability side of the banks' books and also create the trail of exactly where the money came from and where it went.

Title 12 1813 (L)(1) states that when you deposit a promissory note, it becomes a cash item to the bank, the depositor was supposed to get a receipt for it. But, Claimant failed to demand the receipt due to failure of BANKUNITED, FSB and any successors and/or assignees lack of full disclosure. This NOTE was deposited into a transaction account and the credit is entered upon the accounts payable side of the banks ledger (assets), but on the liability side, the note has been sold intermittently upon Federal Reserve Banks' collateralization by authority of Claimants' signature. Claimant is, therefore, the first funds transferor and has the right to either the note, or the cash equivalent.

Title 12 USC, chapter 2, subchapter 4, Section 83 it states, "Loans by bank on its own stock (a) General Prohibition. No national bank shall make any loan or discount on the security of the shares of its own capital stock."

Libelee(s) is/are also in violation of National Currency Act of 1863 § 27 "It is further enacted that it shall be unlawful for any officer acting under the provisions of this act to countersign or deliver to any association or to any other company or person any circulating note contemplated by this Act except as hereinbefore provided and in accordance with the true intent and meaning of this Act, And any officer who shall violate the provisions of this Section shall be deemed guilty of a high misdemeanor, and on conviction thereof shall be punished by a fine not exceeding double the amount so countersigned and delivered and imprisonment not less than one year and not exceeding 15 years at the discretion of the court in which he shall be tried." Also in SEC. 27. "And be it further enacted, that it shall be unlawful for any officer acting under the provisions of this act to countersign or deliver to any association, or to any other company or person [the without recourse stamp on your note?], any circulating notes contemplated by this act [Claimants' promissory note falls into this category], except as hereinbefore provided, and in accordance with the true intent and meaning of this act. And any officer who shall violate the provisions of this section shall be deemed guilty of a high misdemeanor, and on conviction thereof shall be punished by fine not exceeding double the amount so countersigned and delivered, and imprisonment not less than one year and not exceeding fifteen years, at the discretion of the court in which he shall be tried."

And, look also to the NATIONAL CURRENCY ACT § 28: "And be it further enacted, that it shall be lawful for any such association to purchase, hold and convey real estate as follows: first, such as shall be necessary for its immediate accommodation in the transaction of its business, second, such as shall be mortgages, to wit, in good faith by way of security for debt previously contracted and third, such as shall be conveyed to it in satisfaction of debt previously contracted in the court of its dealing, and fourth, such as it shall purchase at sale on the judgment, decrees or mortgages held by such association or such person to secure debt due to said association. Such association shall not purchase or hold real estate in any other case or for any other purpose than as specified in this Section. Nor shall it hold possession of any real estate under mortgage, or hold the title and possession of any real estate purchased to secure any debts due to it for a longer period than five years."

And, look also to the NATIONAL CURRENCY ACT § 53: "And be it further enacted, That if the directors of any association shall knowingly violate any of the provisions of this act, all the rights, privileges, and franchises of the association derived from this act shall be thereby forfeited. Such violation shall, however, be determined and adjudged by a proper circuit, district, or territorial court of the United States, in a suit brought for that purpose by the

**Right of Claim**

comptroller of the currency, in his own name, before the association shall be declared dissolved. And in cases of such violation, every director who participated in or assented to the same shall be held liable in his personal and individual capacity for all damages which the association, its shareholders, or any other person, shall have sustained in consequences of such violation."

Libellee(s) is/are also in violation section UCC 3-302 (c) "a person does not acquire rights of a holder in due course of an instrument taken by legal process or by purchase in an execution". [Doesn't this fit the description of a mortgage agreement or note, which is a purchase in an execution? It says they cannot acquire the rights of a holder in due course.]

And, under 15 USC 78c (10), Claimants' promissory note is actually a security. A promissory note is only good for a nine month period. BANKUNITED, FSB any successors and/or assignees sold my unregistered security without my permission or knowledge, which is a violation of Rule Z for failure to disclose. It is also a violation of 12 CFR 226.23, my right to rescission, as stipulated in appendix H, which applies due to the various items of constructive fraud.

Claimant has no record or evidence that BANKUNITED, FSB any successors and/or assignees is not guilty of violation of Title 18 USC Section 656, referencing bank embezzlement, which is a one million dollar fine and 30 years in prison. And I have no record or evidence to the contrary.


NOTE: A BANK IS A "CITIZEN"
WACHOVIA BANK, N. A. V. SCHMIDT (04-1186)
Argued November 28, 2005 -- Decided January 17, 2006
Opinion author: Ginsburg
   The appeals court observed that Wachovia's citizenship for diversity purposes is controlled by sect.1348, which provides that "national banking associations" are "deemed citizens of the States in which they are respectively located." As the court read sect.1348, Wachovia is "located" in, and is therefore a "citizen" of, every State in which it maintains a branch office.
A "BANK" CANNOT PERFORM THE ACT OF PIRACY; HOWEVER ITS' OFFICERS CAN

   Sec. 1652. Citizens as pirates Whoever, being a citizen of the United States, commits any murder or robbery, or any act of hostility against the United States, or against any citizen thereof, on the high seas, under color of any commission from any foreign prince, or state, or on pretense of authority from any person, is a pirate, and shall be imprisoned for life.

   TO ESTABLISH THE FACT that Law of the High Seas was brought Inland, SEE: The First Judiciary Act; September 24, 1789; Chapter 20, page 77. The Constitution of the United States of America, Revised and Annotated - Analysis and Interpretation - 1982; Article III, §2, Cl. 1 Diversity of Citizenship, U.S. Government Printing Office document 99-16, p. 741: "...the United States, ... within their respective districts, as well as upon the high seas; (a) saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it; and shall also have exclusive original cognizance of all seizures on land...."


NOW, I REITERATE, FOR CLARITY: "Citizens as pirates... shall be imprisoned for life "
                                    OTHER FACTS
"The doctrine of ultra vires is a most powerful weapon to keep private corporations within their legitimate spheres and to punish them for violations of their corporate charters, and it probably is not invoked too often .. . Zinc Carbonate Co. v. First National Inland, 103 Wis 125, 79 NW 229. American Express Co. v. Citizens State Bank, 194 NW 430.
"It has been settled beyond controversy that a national bank, under federal Law being limited in its powers and capacity, cannot lend its credit by guaranteeing the debts of another. All such contracts entered into by its officers are ultra vires . . ." Howard & Foster Co. v. Citizens Nat'l Bank of Union, 133 SC 202, 130 SE 759(1926).
   Claimant believes the bank's charter will clearly reveal and confirm that such acts of concealment, conversion, misrepresentation, etc., constitute an act of *ultra vires*, so therefore the bank is fully liable for these transgressions, and should have its charter revoked. Another crucial dimension arising from this skewed state of affairs is that, since the entire note of obligation has now been proven to be null and void *ab initio*, and the property 'owner' is still the

Right of Claim                                                              Page 3 of 5

trustor, he is entitled at this point to revoke trustee appointment of the title company's trust document, since it was obtained through fraudulent misrepresentation.

TITLE 31, § 5118. Gold clauses and consent to sue

(a) In this section—

(1) "gold clause" means a provision in or related to an obligation alleging to give the obligee a right to require payment in—

(A) gold;

(B) a particular United States coin or currency

(C) United States money measured in gold or a particular United States coin or currency.


NOTE:
If a contract or agreement is void for fraud or voidable for fraud, and the opposing party ignores (does not respond to/rebut) one's affidavit of rescindment for fraud, a dishonor has occurred (UCC 3-505) for no acceptance of refusal for cause (of unconscionable instrument UCC 2-302).

Claimant demands that Libellee(s), Officer(s) of BANKUNITED, FSB any successors and assignees, release and forward the deed in the form of a "Quit Claim" Deed to subject property and all payment's made principle and interest on loan number 3110046 BANKUNITED, FSB any successors and/or assignees.

Furthermore if Libellee(s) or their legal council is not well versed in Admiralty Law, I suggest you seek competent council from an Admiralty Lawyer. This will insure all parties that Libellee(s) understand(s) the full ramifications of this Right of Claim.

Claimant has no record or evidence that said laws and forms do not apply to Officers, Agents, and Employees of BANKUNITED, FSB any successors and/or assignees and its superiors and/or subordinates; and, that failure to comply with all aspects of this right of claim will not result in a FEDERAL LAW SUIT for the following felonies, Fraud, Theft of Public Funds, Racketeering, Conspiracy, and violation of the CODE OF FEDERAL REGULATIONS 31 CFR 103.11 and Claimant believes there is no evidence to the contrary. Claimant reserves the right to move this action to A COURT OF RECORD.

If the Promissory Note is refuse as a legal tender, the mortgage will be satisfied as well, according to UCC 3-603 (b). If the bank has any claim, the bank agrees to bring in sworn affidavit ALL the above mentioned forms and documents to proof were the funds came from and where it went. Fail to provide all these documents will result in the estoppels of any forgoing case and the bank will waive any and all present and future claims. I, Angel: and :Evelyn: of the family Mendez, reserve the right to subpoena ALL the above mentioned forms and documents.

### DEFAULT

Failure to respond pursuant to the said terms of response or specifically perform under the provisions of this right of claim will comprise your default. Your default will comprise your confession to holding all liability in the aforesaid matter, your stipulation that the above-noted party has exhausted his/her administrative remedy, and your consent to all necessary collection procedures. As well, your default will comprise your confession to securities fraud, tax fraud, breach of fiduciary duty, and will be certified and reported to the governor and comptroller of your state, the IRS and the United States Attorney in your area, and any other agency deemed appropriate. Your default will comprise your agreement to the arrest of your bond, and to the filing of criminal complaints and/or a tort against you.

ESTOPPEL BY ACQUIESCENCE: Your Default will comprise your agreement that all issues pertaining to this Contract are deemed settled and closed res judicata, stare decisis and collateral estoppel, and as a result, judgment by estoppel.

I do not seek controversy, and I trust you do not desire to create any controversy as well. I seek only to avoid all injury to a living man or woman, and I am more than willing to forgive and forget any indiscretions on your part, or others involved. However, I have a right of claim to settle and close the above-referenced account. I trust that you will not trespass on my private Rights and property. I trust you will do everything possible to avoid liability to yourself. I am not arguing status; I am defending my standing as original creditor. To that end, I have presented to you this letter so we may agree to be at peace with one another.

Right of Claim                                                                          Page 4 of 5

If BANKUNITED, FSB any successors and/or assignees fails to respond within 30 calendar days, BANKUNITED, FSB any successors and/or assignees will agree that this mortgage has been satisfied. If any and all documents are not submitted by affidavit the lawfully documented evidence with any claim hereafter, as provided herein, that will stand as satisfaction of mortgage on the part of the BANKUNITED, FSB any successors and/or assignees, Non Response according to the conditions herein will stand as satisfaction of mortgage. Incomplete answers and/ or lack of documented evidence as outlined herein will stand as satisfaction of mortgage. If BANKUNITED, FSB any successors and/or assignees fails to respond as outlined herein, within 30 calendar days, this will stand as satisfaction of mortgage.

**Power of Attorney:** BANKUNITED, FSB any successors and/or assignees as trustee fails by not rebutting to all parts of this RIGHT OF CLAIM. BANKUNITED, FSB any successors and/or assignees as trustee agrees with the granting unto Angel: and Evelyn: of the family Mendez unlimited Power of Attorney and any and all full authorization in signing or endorsing BANKUNITED, FSB any successors and/or assignees as trustee, lien holder, agent and/or authorized representative on behalf of BANKUNITED, FSB any successors and/or assignees upon any instruments in satisfaction of the obligation(s) of this RIGHT OF CLAIM and/or any agreement arising from this agreement. Pre-emption of or to any Bankruptcy proceeding shall not discharge any obligation(s) of this agreement. Consent and agreement with this Power of Attorney by BANKUNITED, FSB any successors and/or assignees as trustee on behalf of the holders waives any and all claims of Angel: and Evelyn: of the family Mendez /or defenses and remains in effect until satisfaction of all obligation(s) by BANKUNITED, FSB any successors and/or assignees as trustee . BANKUNITED, FSB any successors and/or assignees has thirty (30) calendar days to respond to this notice. IF NOT THEY ARE IN FULL AGREEMENT TO THIS POWER OF ATTORNEY WHICH HAS BEEN GRANTED TO Angel: and Evelyn: of the family Mendez FOR FALIER TO RESPOND/REBUTTING. et. al.

Prepared By _____          Prepared By _____

: Angel: Mendez                                : Evelyn: Mendez

Witness: _____              Witness: _____

Signed - Witness                               Signed - Witness

:Emilio: Quintana                          FERDINAND SANTOSO

Printed Name – Witness                         Printed Name – Witness

471 North Pine Island Road Apartment       11110 West Oakland Park Boulevard
Plantation, Florida [33324]                SUNRISE Florida [33351]

Address - Witness                              Address – Witness

Right of Claim                                              Page 5 of 5

# Deed of Release:
### under common law:
### UCC1-103.6

This deed of release is made on this 12:50 p.m. hour on the twentieth day on fourth week on the eighth month, in the year five thousand seven hundred seventy this being the present day as to the best of my knowledge or for translation;
the Miami-Dade county municipality date May 4, 2010.

1: Executed by a man/woman called: Angel: and Evelyn: of the family Mendez, stewards for the Trustee.

2: On behalf of the Trustee; OWYEL (YaHuWahshun): the one who fulfilled the Law and all covenants for the county trust.

3: For the steward gives 30 days excluding any sabbath for any claim or legal interest by any party foreign or domestic, and offers a silver bond in the amount of 21 ounces; 412 ½ grain of 90 per cent silver specie as payment in full: in lieu of fulfilling the oppressive conditions of performance on the land or any oppressive conditions of performance by the Miami-Dade County municipality caused by any presumptive foreign or domestic contract written in the intent of traditions and customs. This is done in obedience of the Law of Oppression, for repentance to the Law, by the stewards.

Law References: Wayyiqra [Leviticus]; chapter 25, verse 17 / Shemoth[exodus]: chapter 22, verse 21, and chapter 23, verse 9/ Tehillim[Psalms]; chapter 63, verse 10 and chapter 119, verse 134/ Quoheleth [Ecclesiastes]; chapter 5, verse 8.

### Land thus described:
### By lot:

The location of the land: Miami-Dade: the county: Florida: the land: All that certain plot, piece or parcel of land lying and being in the county of Miami-Dade and state of Florida bounded and described as follows:

SPANISH VILLAS CONDO UNIT 1405 - BLDG 14 UNDIV .093% INT IN COMMON ELEMENTS
OFF REC 9486-835 OR 18850-154 1099 1
APN: 30-4927-019-0970

The improvements thereon being known as 6526 Kendale Lakes Drive, Apartment 1405 Miami, Florida [33183]

With a seal on a post near the front entrance of the land and near the side door of the dwelling that reads: Miami-Dade: the county: Florida: the land: seal for the de-jure district.

**Deed of Release**

**Page 1 of 2**

4: This deed of release is for the purposes of releasing the stewards and the county of any encumbrances, performance of the condition of a mortgage or indentured servitude by way of quasi title holder, from any creditor foreign or domestic.

5: Any other party with any interest in county trust land described above will have thirty days to file said claim, otherwise Deed of release will be foreclosed upon and the steward will have and hold in possession Quiet Title for the Trustee.

6: Any and all claims will be accepted at the Mendez house: general post-office: 6526 Kendale Lakes Drive, Apartment 1405 -farm: Miami-Dade: the county: Florida: the land Yisra' el: the commonwealth.

Date: _____ Great-Seal :Angel: of the Family M

Steward for the Trustee.

Date: _____ Great-Seal :Evelyn: of the Family Mendez

Steward for the Trustee.

Witness: _____
Signed - Witness

: Emilio, Quintana
Printed Name - Witness
471 North Pine Island Road Apartment 403 )
Plantation, Florida [33324]
Address - Witness

Witness: _____
Signed - Witness

Ferdinand Santiago
Printed Name - Witness
1110 West Oakland Park Boulevard H 113
Sunrise Florida [33351]
Address - Witness

**Deed of Release**

Page 2 of 2

Date  May 4, 2010

To: **Pedro J Garcia (Miami-Dade County Property Appraiser)**
Miami-Dade County Government Center
111 NW 1 ST
Miami, Florida 33128-1984

From:  Angel: and Evelyn: of the family Mendez
c/o 6526 Kendale Lakes Drive Apartment #1405
Miami, Florida, near [33183]
"Non domestic without the US"

Re:  Back Taxes /Future Taxes

This public filing is in answer to Florida corporate statute as an abrogation of constitutional law meaning that dishonor of this document constitutes criminal conduct.

Listing a property as residential (RES), thus categorizing such as public, is cause and effect of taxation where private property should be listed as private, respectively.  I expect this to be corrected pursuant to the following:

1. 42 USC 1982 Property rights of citizens

2. 42 USC 1441 Congressional Declaration of National Housing Policy

3. 18 USC 241 Conspiracy Against Rights

4. 18 USC 242 Deprivation of rights Under Color of Law

and that 6526 Kendale Lakes Drive Apartment #1405 Miami, Florida, near [33183] be removed from the tax rolls relative to the above.

I do not need your permission, nor your attempt, to engage in fraud of my possessions and my labor to own these possessions.  Copies of this declaration shall be forwarded to the United States Treasury Department and the Depository Trust Corporation for your Letter of Representations and any other obligation derived by you and without full disclosure should you further engage in fraud.

By: _____ , A natural and Living man   By: _____ A natural and Living woman

Signed-Affiant                                        Signed-Affiant

_Angel Mendez_                                     _Evelyn Mendez_
Printed Name-Affiant                                  Printed Name-Affiant

6526 Kendale Lakes Drive Unit 1405              6526 Kendale Lakes Drive Unit 1405
Address-Affiant Miami, Florida [33183]             Address-Affiant Miami, Florida [33183]

Witness: _____                            Witness: _____
Signed Name-Witness                                 Signed Name-Witness

: Emilia : Quintana                                FERDINAND SANTORO
Printed Name-Witness                                Printed Name-Witness

471 North Pine Island Road Apartment 403B          1110 WEST OAKLAND PARK BOULEVARD  #113
Plantation Florida [33324]   Address-Witness        SUNRISE FLORIDA [33351]   Address-Witness

Page 1 of 1

**Back Taxes /Future Taxes**

Date: May 4, 2010

**FROM:**
:Angel: and Evelyn: of the family Mendez
6526 Kendale Lakes Drive Apartment 1405
Miami, Florida Republic, near [33183]
"Non domestic without the US"

**TO:**
Timothy M. Antonition CFO
EASTERN FINANCIAL FLORIDA CREDIT UNION, any successors and/or assigns
3700 Lakeside Drive
Miramar, FL 33027

RE: Deed of Trust Record: # 99R564977          Loan#: 4306415811407173
     book 18850 page 154

## NOTICE OF REVOCATION OF POWER OF ATTORNEY
## RESCISSION OF SIGNATURES
## RESCISSION OF INSTRUMENT
## NOTICE TO CEASE AND DESIST
## AND I HAVE TAKEN DEED OF AGENCY
### IN THE COMMON LAW UCC 1-103.6 and UCC 1-306

In the Common Law and for the record, know all men by these presents:

That, I * :Angel: and :Evelyn: of the family Mendez * (hereinafter known as 'Signer'), Signer does hereby declare that, due to the discovery of various elements of fraud, fraudulent inducement, fraudulent misrepresentation, entrapment, and nondisclosure by  EASTERN FLORIDA FINANCIAL CREDIT UNION any successors and/or assignees, resulting in the deprivation of my property by EASTERN FLORIDA FINANCIAL CREDIT UNION any successors and/or assignees and/or by any of its agents; and, after a recent review/ and a close perusal of the purported Loan, Trust Deed, and Security Agreement records - I, :Angel: and :Evelyn: of the  Mendez do hereby refuse to knowingly accept, or otherwise participate in ANY part of fraud and other wrongful actions involving the purported Promissory Note/Security Instrument/Trust Deed; and, further do hereby revoke, rescind, and terminate all our signatures relating to any/all said deeds, notes, mortgage, and all agreements from their inception.

Furthermore, I, :Angel: and :Evelyn: for the family Mendez, do hereby revoke, terminate, and rescind all Powers of Attorney, in fact or otherwise, previously assigned by us, implied in law, by trust or otherwise, with or without our consent and/or knowledge, as such pertains to any property, real or personal, promissory note, deed of trust and mortgage signed, under Deed of Trust Record: 99R564977  recorded

Page 1 of 2

Notice of Revocation of Power of Attorney

November 4ᵗʰ 1999 involving the property specifically addressed and identified as 6526 Kendale Lakes Drive Apartment 1405 Miami, Florida 33183

Prepared By

_____ Auth
: Angel: Mendez      Rep

_____ Auth
: Evelyn: Mendez      Rep

as executed and signed on this day and date of _____ May   4 _____, 2010 A.D.
and with praise to the goodness or our creator on this day.  All Rights Reserved and Without Prejudice.

By:  _____                                    (sea
     Signer and Authorize Representative    Signed - Signer, A Natural and Living man

     _____
     Printed Name of Authorized Representative

     6526 Kendale Lakes Drive Unit 1405
     Address of Authorized Representative  Miami, Florida [33183]

By:  _____                                    (seal)
     Signer and Authorize Representative    Signed - Signer, A Natural and Living woman

     Evelyn Mendez
     Printed Name of Authorized Representative

     6526 Kendale Lakes Drive Unit 1405
     Address of Authorized Representative  Miami, Florida [33183]

Witness:  _____
          Signed - Witness

          : Emilio: Quintana
          Printed Name - Witness
          471 North Pineyland Road Apartment 4023
          Plantation Florida [33324]
          Address - Witness

Witness:  _____
          Signed - Witness

          FRD INOND Santiago
          Printed Name - Witness
          11110 West Oakland Park Boolevard # 113
          Sonate Florida [33351]
          Address - Witness

Notice of Revocation of Power of Attorney

Reference Loan Number: 4306415811407173

From:
:Angel: and :Evelyn: of the family Mendez
6526 Kendale Lakes Drive Apartment 1405
Miami, Florida Republic, near [33183]
"Non domestic without the US"

TO:
Timothy M. Antonition CFO
EASTERN FINANCIAL FLORIDA CREDIT UNION, any successors and/or assigns
3700 Lakeside Drive
Miramar, FL 33027

### RIGHT OF CLAIM
### WITHIN THE ADMIRALTY
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

To: Libellee(s)   EASTERN FINANCIAL FLORIDA CREDIT UNION, any successors and/or assigns;
CFO TIMOTHY M. ANTONITION; Timothy M. Antonition Claimant reserves the right to include 0-100
additional  Libellee(s).

   I :Angel: and :Evelyn: of the family Mendez, Living man/ woman hereinafter referred to as "Claimant" do herein
NOTICE Libellee(s) that:
   THIS IS A PRESENTMENT to Libellee(s); this letter is being sent to you as a courtesy to shield and protect
Claimant from further usurpation of *ultra vires* authority by unjust enrichment through acts and actions of
Libellee(s) and to protect Libellee(s) from yourself/themselves and your/their greed. This is to inform you that
compliance with the NOTICE OF REVOCATION OF POWER OF ATTORNEY, RESCISSION OF
SIGNATURES, RESCISSION OF INSTRUMENT, NOTICE TO CEASE AND DESIST, and NOTICE OF DEED
OF AGENCY these notices are not subject to your discretion or acceptance. Compliance is in accordance with Rule
9d according to law.   After the deconstruction and verification of the "documentation of mortgage" Claimant has
discovered undeniable facts that there were never any funds borrowed from Libellee(s) bank.  This is crystal clear
after examining IRS and other Government forms filled out by officers of EASTERN FINANCIAL FLORIDA
CREDIT UNION, any successors and/or assigns

These forms and laws include but are not limited to:

   A promissory note falls under UCC Art. 3 as a negotiable instrument, once it is securitized, it falls under UCC
Articles 8 & 9 as a security. The banks are illegally selling un-registered instruments.
   Deeds of trust and mortgage deeds are always registered as evidences of debt... notes are never registered.  Selling
un-registered securities is an automatic Right of Rescission of the original contract.

UCC § 3-603. TENDER OF PAYMENT
(b) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument
and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of
an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender
relates.

   The 2046 balance sheet, as it relates to the original "loan," shows the banks' ledgering of the account upon the off
balance sheet entry and displays the extinguishment of the "loan." Mandatory filing pursuant to Title 12 U.S.C. 248
& 347.

Right of Claim                                                                                    Page 1 of 5

The 1099 OID Report will identify the "Fountain and Source" from which capital and interest was taken and who the recipient and payer of the funds are and who is holding the account in escrow, un-adjusted.

The S3-A registration statement shows when and where the instrument was sold; and,

The 424 B-5 prospectus (security filing); and,

The RC-S & RC-B call schedules; and,

FASB (Financial Accounting Standards Board) part of GAAP (Generally Accepted Accounting Standards) directs all Parties to the basic standards of Equity that will bring balance to an Audit of the Equity; and,

FAS 125, 133, 140, 5, 95. These will direct the auditor to the liability side of the banks' books and also create the trail of exactly where the money came from and where it went.

Title 12 1813 (L)(1) states that when you deposit a promissory note, it becomes a cash item to the bank, the depositor was supposed to get a receipt for it. But, Claimant failed to demand the receipt due to failure of EASTERN FINANCIAL FLORIDA CREDIT UNION any successors and/or assignees lack of full disclosure. This NOTE was deposited into a transaction account and the credit is entered upon the accounts payable side of the banks ledger (assets), but on the liability side, the note has been sold intermittently upon Federal Reserve Banks' collateralization by authority of Claimants' signature. Claimant is, therefore, the first funds transferor and has the right to either the note, or the cash equivalent.

Title 12 USC, chapter 2, subchapter 4, Section 83 it states, "Loans by bank on its own stock (a) General Prohibition. No national bank shall make any loan or discount on the security of the shares of its own capital stock."

Libellee(s) is/are also in violation of National Currency Act of 1863 § 27 "It is further enacted that it shall be unlawful for any officer acting under the provisions of this act to countersign or deliver to any association or to any other company or person any circulating note contemplated by this Act except as hereinbefore provided and in accordance with the true intent and meaning of this Act, And any officer who shall violate the provisions of this Section shall be deemed guilty of a high misdemeanor, and on conviction thereof shall be punished by a fine not exceeding double the amount so countersigned and delivered and imprisonment not less than one year and not exceeding 15 years at the discretion of the court in which he shall be tried." Also in SEC. 27. "And be it further enacted, that it shall be unlawful for any officer acting under the provisions of this act to countersign or deliver to any association, or to any other company or person [the without recourse stamp on your note?], any circulating notes contemplated by this Act [Claimants' promissory note falls into this category], except as hereinbefore provided, and in accordance with the true intent and meaning of this act. And any officer who shall violate the provisions of this section shall be deemed guilty of a high misdemeanor, and on conviction thereof shall be punished by fine not exceeding double the amount so countersigned and delivered, and imprisonment not less than one year and not exceeding fifteen years, at the discretion of the court in which he shall be tried."

And, look also to the NATIONAL CURRENCY ACT § 28: "And be it further enacted, that it shall be lawful for any such association to purchase, hold and convey real estate as follows: first, such as shall be necessary for its immediate accommodation in the transaction of its business, second, such as shall be mortgages, to wit, in good faith by way of security for debt previously contracted and third, such as shall be conveyed to it in satisfaction of debt previously contracted in the court of its dealing, and fourth, such as it shall purchase at sale on the judgment, decrees or mortgages held by such association or such person to secure debt due to said association. Such association shall not purchase or hold real estate in any other case or for any other purpose than as specified in this Section. Nor shall it hold possession of any real estate under mortgage, or hold the title and possession of any real estate purchased to secure any debts due to it for a longer period than five years."

And, look also to the NATIONAL CURRENCY ACT § 53: "And be it further enacted, That if the directors of any association shall knowingly violate any of the provisions of this act, all the rights, privileges, and franchises of the association derived from this act shall be thereby forfeited. Such violation shall, however, be determined and adjudged by a proper circuit, district, or territorial court of the United States, in a suit brought for that purpose by the

Right of Claim                                                                                                    Page 2 of 5

comptroller of the currency, in his own name, before the association shall be declared dissolved. And in cases of such violation, every director who participated in or assented to the same shall be held liable in his personal and individual capacity for all damages which the association, its shareholders, or any other person, shall have sustained in consequences of such violation."

Libellee(s) is/are also in violation section UCC 3-302 (c) "a person does not acquire rights of a holder in due course of an instrument taken by legal process or by purchase in an execution". [Doesn't this fit the description of a mortgage agreement or note, which is a purchase in an execution? It says they cannot acquire the rights of a holder in due course.]

And, under 15 USC 78c (10), Claimants' promissory note is actually a security. A promissory note is only good for a nine month period. EASTERN FINANCIAL CREDIT UNION any successors and/or assignees sold my unregistered security without my permission or knowledge, which is a violation of Rule Z for failure to disclose. It is also a violation of 12 CFR 226.23, my right to rescission, as stipulated in appendix H, which applies due to the various items of constructive fraud.

Claimant has no record or evidence that EASTERN FINANCIAL CREDIT UNION any successors and/or assignees is not guilty of violation of Title 18 USC Section 656, referencing bank embezzlement, which is a one million dollar fine and 30 years in prison. And I have no record or evidence to the contrary.


NOTE: A BANK IS A "CITIZEN"
WACHOVIA BANK, N. A. V. SCHMIDT (04-1186)
Argued November 28, 2005 -- Decided January 17, 2006
Opinion author: Ginsburg
   The appeals court observed that Wachovia's citizenship for diversity purposes is controlled by sect 1348, which provides that "national banking associations" are "deemed citizens of the States in which they are respectively located." As the court read sect. 1348, Wachovia is "located" in, and is therefore a "citizen" of, every State in which it maintains a branch office.
A "BANK" CANNOT PERFORM THE ACT OF PIRACY; HOWEVER ITS' OFFICERS CAN

   Sec. 1652. Citizens as pirates Whoever, being a citizen of the United States, commits any murder or robbery, or any act of hostility against the United States, or against any citizen thereof, on the high seas, under color of any commission from any foreign prince, or state, or on pretense of authority from any person, is a pirate, and shall be imprisoned for life.

   TO ESTABLISH THE FACT that Law of the High Seas was brought inland, SEE: The First Judiciary Act; September 24, 1789; Chapter 20, page 77. The Constitution of the United States of America, Revised and Annotated - Analysis and Interpretation - 1982; Article III, §2, Cl. 1 Diversity of Citizenship, U.S. Government Printing Office document 99-16, p. 741: "...the United States, ... within their respective districts, as well as upon the high seas; (a) saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it; and shall also have exclusive original cognizance of all seizures on land..."


NOW, I REITERATE, FOR CLARITY: "Citizens as pirates... shall be imprisoned for life."
OTHER FACTS
"The doctrine of ultra vires is a most powerful weapon to keep private corporations within their legitimate spheres and to punish them for violations of their corporate charters, and it probably is not invoked too often .. . Zinc Carbonate Co. v. First National Bank, 103 Wis 125, 79 NW 229. American Express Co. v. Citizens State Bank, 194 NW 430.
"It has been settled beyond controversy that a national bank, under federal Law being limited in its powers and capacity, cannot lend its credit by guaranteeing the debts of another. All such contracts entered into by its officers are ultra vires . . ." Howard & Foster Co. v. Citizens Nat'l Bank of Union, 133 SC 202, 130 SE 759(1926)
   Claimant believes the bank's charter will clearly reveal and confirm that such acts of concealment, conversion, misrepresentation, etc., constitute an act of ultra vires, so therefore the bank is fully liable for these transgressions, and should have its charter revoked. Another crucial dimension arising from this skewed state of affairs is that, since the entire note of obligation has now been proven to be null and void ab initio, and the property 'owner' is still the trustor, he is entitled at this point to revoke trustee appointment of the title company's trust document, since it was obtained through fraudulent misrepresentation.

   **Right of Claim**                                                    **Page 3 of 5**

TITLE 31, § 5118  Gold clauses and consent to sue

(a) In this section—

(1) "gold clause" means a provision in or related to an obligation alleging to give the obligee a right to require payment in—

(A) gold;

(B) a particular United States coin or currency

(C) United States money measured in gold or a particular United States coin or currency.

NOTE:

If a contract or agreement is void for fraud or voidable for fraud, and the opposing party ignores (does not respond to/rebut) one's affidavit of rescindment for fraud, a dishonor has occurred (UCC 3-505) for no acceptance of refusal for cause (of unconscionable instrument UCC 2-302).

Claimant demands that Libellee(s), Officer(s) of EASTERN FINANCIAL FLORIDA CREDIT UNION any successors and assignees, release and forward the deed in the form of a "Quit Claim" Deed to subject property and all payment's made principle and interest on loan number 4306415811407173 EASTERN FINANCIAL FLORIDA CREDIT UNION any successors and/or assignees.

Furthermore if Libellee(s) or their legal council is not well versed in Admiralty Law, I suggest you seek competent council from an Admiralty Lawyer. This will insure all parties that Libellee(s) understand(s) the full ramifications of this Right of Claim.

Claimant has no record or evidence that said laws and forms do not apply to Officers, Agents, and Employees of EASTERN FINANCIAL FLORIDA CREDIT UNION any successors and/or assignees. and its superiors and/or subordinates; and, that failure to comply with all aspects of this right of claim will not result in a FEDERAL LAW SUIT for the following felonies, Fraud, Theft of Public Funds, Racketeering, Conspiracy, and violation of the CODE OF FEDERAL REGULATIONS 31 CFR 103.11 and Claimant believes there is no evidence to the contrary. Claimant reserves the right to move this action to A COURT OF RECORD.

If the Promissory Note is refuse as a legal tender, the mortgage will be satisfied as well, according to UCC 3-603 (b). If the bank has any claim, the bank agrees to bring in sworn affidavit ALL the above mentioned forms and documents to proof were the funds came from and where it went. Fail to provide all these documents will result in the estoppels of any forgoing case and the bank will waive any and all present and future claims. I, Angel: and :Evelyn: of the family Mendez, reserve the right to subpoena ALL the above mentioned forms and documents.

DEFAULT

Failure to respond pursuant to the said terms of response or specifically perform under the provisions of this right of claim will comprise your default. Your default will comprise your confession to holding all liability in the aforesaid matter, your stipulation that the above-noted party has exhausted his/her administrative remedy, and your consent to all necessary collection procedures. As well, your default will comprise your confession to securities fraud, tax fraud, breach of fiduciary duty, and will be certified and reported to the governor and comptroller of your state, the IRS and the United States Attorney in your area, and any other agency deemed appropriate. Your default will comprise your agreement to the arrest of your bond, and to the filing of criminal complaints and/or a tort against you.

ESTOPPEL BY ACQUIESCENCE: Your Default will comprise your agreement that all issues pertaining to this Contract are deemed settled and closed res judicata, stare decisis and collateral estoppel, and as a result, judgment by estoppel.

I do not seek controversy, and I trust you do not desire to create any controversy as well. I seek only to avoid all injury to a living man or woman, and I am more than willing to forgive and forget any indiscretions on your part, or others involved. However, I have a right of claim to settle and close the above-referenced account. I trust that you will not trespass on my private Rights and property. I trust you will do everything possible to avoid liability to yourself. I am not arguing status; I am defending my standing as original creditor. To that end, I have presented to you this letter so we may agree to be at peace with one another.

Right of Claim                                                                                    Page 4 of 5

If EASTERN FINANCIAL FLORIDA CREDIT UNION any successors and/or assignees fails to respond within 30 calendar days, EASTERN FINANCIAL FLORIDA CREDIT UNION any successors and/or assignees will agree that this mortgage has been satisfied. If any and all documents are not submitted by affidavit the lawfully documented evidence with any claim hereafter, as provided herein, that will stand as satisfaction of mortgage on the part of the EASTERN FINANCIAL FLORIDA CREDIT UNION any successors and/or assignees, Non Response according to the conditions herein will stand as satisfaction of mortgage. Incomplete answers and/or lack of documented evidence as outlined herein will stand as satisfaction of mortgage. If EASTERN FINANCIAL FLORIDA CREDIT UNION any successors and/or assignees fails to respond as outlined herein, within 30 calendar days, this will stand as satisfaction of mortgage.

Power of Attorney: EASTERN FINANCIAL FLORIDA CREDIT UNION any successors and/or assignees as trustee fails by not rebutting to all parts of this RIGHT OF CLAIM. EASTERN FINANCIAL FLORIDA CREDIT UNION any successors and/or assignees as trustee agrees with the granting unto Angel: and Evelyn: of the Mendez unlimited Power of Attorney and any and all full authorization in signing or endorsing EASTERN FINANCIAL FLORIDA CREDIT UNION any successors and/or assignees as trustee, lien holder, agent and/or authorized representative on behalf of EASTERN FINANCIAL FLORIDA CREDIT UNION any successors and/or assignees upon any instruments in satisfaction of the obligation(s) of this RIGHT OF CLAIM and/or any agreement arising from this agreement. Pre-emption of or to any Bankruptcy proceeding shall not discharge any obligation(s) of this agreement. Consent and agreement with this Power of Attorney by EASTERN FINANCIAL FLORIDA CREDIT UNION any successors and/or assignees as trustee on behalf of the holders waives any and all claims of Angel: and Evelyn: of the Mendez /or defenses and remains in effect until satisfaction of all obligation(s) by EASTERN FINANCIAL FLORIDA CREDIT UNION any successors and/or assignees as trustee . EASTERN FINANCIAL FLORIDA CREDIT UNION any successors and/or assignees has thirty (30) calendar days to respond to this notice.  IF NOT THEY ARE IN FULL AGREEMENT TO THIS POWER OF ATTORNEY WHICH HAS BEEN GRANTED TO Angel:  and Evelyn: of the family Mendez FOR FAILER TO RESPOND/REBUTTING. et, al.

Prepared By _____        Prepared By _____
: Angel: Mendez                          : Evelyn: Mendez

Witness: _____           Witness _____
Signed - Witness                         Signed - Witness

: Emilio: Quintana                       FERDINAND Santiago
Printed Name – Witness                   Printed Name – Witness
471 North Pine Island Road Apartment     8110 WEST Oakland Park Boulevard
Plantation, Florida [33324]              SUNRISE  Florida [33351] # 113
Address - Witness                        Address – Witness

Right of Claim                                              Page 5 of 5

## NOTARY JURAT

On this day came before me,: Angel: and :Evelyn: of the family Mendez, the Affiant a living flesh and blood man and woman to attest and affirm the signatures are true, complete, and correct on the foregoing documents. **AFFIDAVIT, AFFIDAVIT OF TRUST-DEED, NOTICE OF REVOCATION OF POWER OF ATTORNEY BANKUNITED FSB, RIGHT OF CLAIM-BANKUNITED FSB, DEED OF RELEASE, BACK TAXES/FUTURE TAXES, NOTICE OF REVOCATION OF POWER OF ATTORNEY-EASTERN FINANCIAL FLORIDA CREDIT UNION, RIGHT OF CLAIM-EASTERN FINANCIAL FLORIDA CREDIT UNION, LYNETTE LEYVA** , a NOTARY and acting Escrow Agent, the undersigned, upon proper identification, personally came before me, the subscriber, a notary public in and for the State of Florida, and Duly Affirmed the truth of the foregoing **AFFIDAVIT, AFFIDAVIT OF TRUST-DEED, NOTICE OF REVOCATION OF POWER OF ATTORNEY BANKUNITED FSB, RIGHT OF CLAIM-BANKUNITED FSB, DEED OF RELEASE, BACK TAXES/FUTURE TAXES, NOTICE OF REVOCATION OF POWER OF ATTORNEY-EASTERN FINANCIAL FLORIDA CREDIT UNION, RIGHT OF CLAIM- EASTERN FINANCIAL FLORIDA CREDIT UNION,** in my presence  :Angel: and :Evelyn: of the family Mendez also acknowledged the signing thereof to be their own voluntary act and deed. Signing the within instrument in my presence and for the purpose therein stated.

Signed this day  4ᵗʰ , of  MAY , 2010, in  MIAMI-DADE County, Florida.

My commission expires on:  10/08/2013

BY:  Lynette Lanatte.
     Notary Printed Name

BY:  _____  Ry.
     Notary Signature Name

SEAL:

LYNETTE LEYVA
NOTARY - STATE OF FLORIDA
COMMISSION #DD918818
EXPIRES: October 08, 2013
FL Notary Discount Assoc. Co.
1800-3-NOTARY

CC.

Douglas J. Pauls CFO                          Certified Mail# 7010 0780 0001 7570 1554
BANKUNITED, FSB
255 Alhambra Circle
Coral Gables, FL 33134-7407

Timothy M. Antonition CFO                     Certified Mail# 7010 0780 0001 7570 1523
EASTERN FINANCIAL CREDIT UNION
3700 Lakeside Drive
Miramar, FL 33027

Cheryl Collins CFO                            Certified Mail# 7010 0780 0001 7570 1530
GREEN TREE SERVICING LLC
345 St. Peter Street
St. Paul, MN 55102

Thomas R. Baldwin CFO                         Certified Mail# 7010 0780 0001 7570 1547
SPACE COAST CREDIT UNION
8045 N. Wickham Rd.
Melbourne, FL 32940

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that this is a true copy of the
original filed in this office on _____
_____ A.D. 20____
WITNESS my hand and Official Seal.
HARVEY RUVIN, Clerk of Circuit and County Courts
By _____ D.C.

C.C

# DECLARATION OF SERVICE

**I HEREBY CERTIFTY** That I, LYNETTE LEYVA, **Third Party Witness**, have personally notarized /mailed/witnessed via CERTIFIED MAIL # Domestic Return Receipt, to

**Douglas J. Pauls CFO**　　　　　　　　Certified Mail# 7010 0780 0001 7570 1554
**BANKUNITED, FSB**
**255 Alhambra Circle**
**Coral Gables, FL 33134-7407**

**Timothy M. Antonition CFO**　　　　　Certified Mail# 7010 0780 0001 7570 1523
**EASTERN FINANCIAL CREDIT UNION**
**3700 Lakeside Drive**
**Miramar, FL 33027**

**Cheryl Collins CFO**　　　　　　　　　Certified Mail# 7010 0780 0001 7570 1530
**GREEN TREE SERVICING LLC**
**345 St. Peter Street**
**St. Paul, MN 55102**

**Thomas R. Baldwin CFO**　　　　　　　Certified Mail# 7010 0780 0001 7570 1547
**SPACE COAST CREDIT UNION**
**8045 N. Wickham Rd.**
**Melbourne, FL 32940**

NOTE: This package was clearly marked on the outside of the envelope "NOTICE TO AGENT IS NOTICE TO PRINCIPLE, NOTICE TO PRINCIPLE IS NOTICE TO AGENT." AND - each package included

1. **AFFIDAVIT OF NOTARY PRESENTMENT**
2. **AFFIDAVIT OF TRUST DEED**
3. **NOTICE OF REVOCATION OF POWER OF ATTORNEY-BANK UNITED FSB**
4. **RIGHT OF CLAIM- BANK UNITED FSB**
5. **DEED OF RELEASE**
6. **BACK TAXES FUTURE TAXES**
7. **NOTICE OF REVOCATION OF POWER OF ATTORNEY- EASTERN FINANCIAL CREDIT UNION**
8. **RIGHT OF CLAIM- EASTERN FINANCIAL CREDIT UNION**
9. **NOTARY JURAT**

RESPECTFULLY SUBMITTED at (Time) 10:40 am　on (Date) 5/12/ 2010

LS: _____ , Third Party Witness

PRINT NAME: Lynette Leyva　　　　MY COMMISSION # DD931818

ADDRESS: PO BOX 970792　Miami, FL 33177

# Exhibit B



**UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7010 0780 0001 7570 1554
Class: First-Class Mail®
Service(s): Certified Mail™
          Return Receipt
Status: Delivered

Your item was delivered at 10:54 AM on May 20, 2010 in HIALEAH, FL
33016.

Detailed Results:

- Delivered, May 20, 2010, 10:54 am, HIALEAH, FL 33016
- Arrival at Unit, May 20, 2010, 9:47 am, HIALEAH, FL 33016
- Acceptance, May 12, 2010, 10:41 am, MIAMI, FL 33155

### Notification Options

---

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Douglas J. Pauls CFO**
BANKUNITED, FSB
**255 Alhambra Circle**
**Coral Gables, FL 33134-7407**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    □ Agent
                     □ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below:  □ No

MAY 20 2010

3. Service Type
   ☒ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
   (Transfer from service label)       7010 0780 0001 7570 1554

PS Form 3811, February 2004        Domestic Return Receipt

---

**U.S. Postal Service**™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $1.56 | 0136 |
| Certified Fee | $2.80 | |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $6.66 | 05/12/2010 |

Sent To   **Douglas J. Pauls CFO**
          BANKUNITED, FSB
Street    **255 Alhambra Circle**
City, St  **Coral Gables, FL 33134-7407**

PS Form

LUDLUM BRANCH
MAY 12 2010

---


**UNITED STATES**
**POSTAL SERVICE.**

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0780 0001 7570 1523**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
**Return Receipt**
Status: **Delivered**

Your item was delivered at 12:33 PM on May 14, 2010 in HOLLYWOOD,
FL 33027.

**Detailed Results:**

- **Delivered, May 14, 2010, 12:33 pm, HOLLYWOOD, FL 33027**
- **Acceptance, May 12, 2010, 10:39 am, MIAMI, FL 33155**

**Notification Options**

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   *Go >*

---

**Track & Confirm**

Enter Label/Receipt Number.

*Go >*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Timothy M. Antonition CFO**
EASTERN FINANCIAL CREDIT UNION
3700 Lakeside Drive
Miramar, FL 33027

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
Damecs Lech                          05 14 10

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
   (Transfer from service label)     **7010 0780 0001 7570 1523**

PS Form **3811**, February 2004        Domestic Return Receipt

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ $1.56 | 0116 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $.00 |
| Total Postage & Fees | $ |

Sent To **Timothy M. Antonition CFO**
Street, Apt. N or PO Box No. **EASTERN FINANCIAL CREDIT UNION**
**3700 Lakeside Drive**
City, State, Zip **Miramar, FL 33027**

PS Form 3600, August 2006                     See Reverse for Instructions

7010 0780 0001 7570 1523

---


**UNITED STATES**
**POSTAL SERVICE**®

Home | Help |
Sign In

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7010 0780 0001 7570 1530
Class: **First-Class Mail**®
Service(s): Certified Mail™
              Return Receipt
Status: **Delivered**

Your item was delivered at 9:41 AM on May 17, 2010 in SAINT PAUL,
MN 55107.

Detailed Results:

• **Delivered**, May 17, 2010, 9:41 am, SAINT PAUL, MN 55107
• Acceptance, May 12, 2010, 10:40 am, MIAMI, FL 33155

**Notification Options**

Track & Confirm by

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

1. ( Go > )

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

   Cheryl Collins CFO
   GREEN TREE SERVICING LLC
   345 St. Peter Street
   St. Paul, MN 55102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    □ Agent
                    □ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:        □ No

DOCS.

3. Service Type
   □ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
   (Transfer from service label)    7010 0780 0001 7570 1530

PS Form 3811, February 2004          Domestic Return Receipt

**U.S. Postal Service**
**CERTIFIED MAIL  RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

Postage    $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees    $

Sent To
   Cheryl Collins CFO
   GREEN TREE SERVICING LLC
   345 St. Peter Street
   St. Paul, MN 55102

PS Form 3800, August 2006

USPS - Track & Confirm                                                                                    Page 1 of 1


**UNITED STATES**
**POSTAL SERVICE**®

Home | Help |
Sign In

Track & Confirm                    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7010 0780 0001 7570 1547
Class: **First-Class Mail**®
Service(s): **Certified Mail**™
           **Return Receipt**
Status: **Delivered**

Your item was delivered at 8:31 AM on May 17, 2010 in MELBOURNE,
FL 32940.

Detailed Results:

- **Delivered, May 17, 2010, 8:31 am, MELBOURNE, FL 32940**
- Arrival at Unit, May 17, 2010, 8:00 am, MELBOURNE, FL 32940
- Acceptance, May 12, 2010, 10:41 am, MIAMI, FL 33155

**Notification Options**

**Track & Confirm**

Enter Label/Receipt Number.

( Go › )

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

   **Thomas R. Baldwin CFO**
   SPACE COAST CREDIT UNION
   **8045 N. Wickham Rd.**
   Melbourne, FL 32940

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name )      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
   (Transfer from service label)      7010 0780 0001 7570 1547

PS Form 3811, February 2004      Domestic Return Receipt

---

**U.S. Postal Service**
**CERTIFIED MAIL™  RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $  $1.56 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $  $6.66 |

Sent To
**Thomas R. Baldwin CFO**
**SPACE COAST CREDIT UNION**
Street, Apt. No. or PO Box No.
**8045 N. Wickham Rd.**
City, State, ZIP+4
**Melbourne, FL 32940**

PS Form 3800, August 2006          See Reverse for Instructions

# AFFIDAVIT OF NOTARY PRESENTMENT
## CERTIFICATION OF MAILING

State of _Florida_

County of _Miami-Dade_ ) ss.

On this _14th_ day of _June_, 2010, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that: Angel Mendez and Evelyn Mendez appeared before me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Certified Mail receipt below

Douglas J. Pauls CFO                     Certified Mail# 7010 0290 0003 5429 0918
BANKUNITED, FSB
255 Alhambra Circle
Coral Gables, FL 33134-7407

Timothy M. Antonition CFO                Certified Mail# 7010 0290 0003 5429 0925
EASTERN FINANCIAL CREDIT UNION
3700 Lakeside Drive
Miramar, FL 33027

Cheryl Collins CFO                       Certified Mail# 7010 0290 0003 5429 0932
GREEN TREE SERVICING LLC
345 St. Peter Street
St. Paul, MN 55102

Thomas R. Baldwin CFO                    Certified Mail# 7010 0290 0003 5429 0949
SPACE COAST CREDIT UNION
8045 N. Wickham Rd.
Melbourne, FL 32940

### LIST OF DOCUMENTS MAILED

1. AFFIDAVIT OF NOTARY PRESENTMENT
2. NOTICE OF NON-RESPONSE
3. COPY OF AFFIDAVIT

WITNESS my hand and official seal

Notary Signature

Notary Printed Name: _Lynette Leyva_

My Commission Expires: _10/08/2013_

SEAL

LYNETTE LEYVA
MY COMMISSION # DD931818
EXPIRES: October 08, 2013
FL Notary Discount Assoc. Co.

Address for return correspondence:
LYNETTE LEYVA, NOTARY PRESENTER
c/o Angel & Evelyn Mendez
PO BOX 970792
MIAMI, FL 33193

# Exhibit C

## NOTICE OF NON-RESPONSE

Be it known to all interested parties that there has not been any timely
response to the Affidavit recorded In the   CLERK OF COURT MIAMI-
DADE , FLORIDA on May 11, 2010, CFN 2010R0314349 or bk 27280 Pgs
0182-0203  by :Angel: Mendez  and :Evelyn: Mendez a/k/a   ANGEL
MENDEZ and EVELYN MENDEZ; such response to have been made to:

    c/o Notary Presenter
    Lynette Leyva
    PO Box 970792
    Miami, FL 33193

Lynette Leyva, a Notary Public, this $14$ day of June 2010.

                                         SEAL:

Notary Signature

My commission expires on: 10-08-2013

# DECLARATION OF SERVICE

**I HEREBY CERTIFY** That I, _Lynette Leyva_ , **Third Party Witness**, have personally notarized /mailed/witnessed via USPS Certified Mail Domestic Return Receipt, to

Douglas J. Pauls CFO              Certified Mail# 7010 0290 0003 5429 0918
**BANKUNITED, FSB**
**255 Alhambra Circle**
**Coral Gables, FL 33134-7407**

Timothy M. Antonition CFO           Certified Mail# 7010 0290 0003 5429 0925
**EASTERN FINANCIAL CREDIT UNION**
**3700 Lakeside Drive**
**Miramar, FL 33027**

Cheryl Collins CFO                 Certified Mail# 7010 0290 0003 5429 0932
**GREEN TREE SERVICING LLC**
**345 St. Peter Street**
**St. Paul, MN 55102**

Thomas R. Baldwin CFO             Certified Mail# 7010 0290 0003 5429 0949
**SPACE COAST CREDIT UNION**
**8045 N. Wickham Rd.**
**Melbourne, FL 32940**

NOTE: This package was clearly marked on the outside of the envelope "NOTICE TO AGENT IS NOTICE TO PRINCIPLE, NOTICE TO PRINCIPLE IS NOTICE TO AGENT."–**AND** – each package included

1. AFFIDAVIT OF NOTARY PRESENTMENT
2. NOTICE OF NON-RESPONSE
3. COPY OF PRESENTMENT

RESPECTFULLY SUBMITTED at (Time) _____ on (Date) 6 | 14 | 2010

LS: _____ _Auth Rep._ , **Third Party Witness**

PRINT NAME: _Lynette Leyva_       Seal:

Address: _PO BOX 970792_
_Miami, FL 33193_

LYNETTE LEYVA
MY COMMISSION # DD931818
EXPIRES: October 04, 2013
Fl. Notary Discount Assoc. Co.


**UNITED STATES**
**POSTAL SERVICE**

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7010 0290 0003 5429 0932
Class: First-Class Mail®
Service(s): Certified Mail™
            Return Receipt
Status: Delivered

Your item was delivered at 9:34 AM on June 18, 2010 in SAINT PAUL, MN 55107.

Detailed Results:

- Delivered, June 18, 2010, 9:34 am, SAINT PAUL, MN 55107
- Acceptance, June 14, 2010, 5:48 pm, MIAMI, FL 33166

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

**SENDER:**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cheryl Collins CFO
GREEN TREE SERVICING LLC
345 St. Peter Street
St. Paul, MN 55102

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number          7010 0290 0003 5429 0932
(Transfer from service label)

PS Form 3811, February 2004      Domestic Return Receipt

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage     $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees    $

Sent To
Cheryl Collins CFO
GREEN TREE SERVICING LLC
Street, Apt No;
or PO Box No.  345 St. Peter Street
City, State, ZIP+4  St. Paul, MN 55102

PS Form

7010 0290 0003 5429 0932

USPS - Track & Confirm
Page 1 of 1



UNITED STATES
POSTAL SERVICE®

Home | Help |
Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7010 0290 0003 5429 0925
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
          **Return Receipt**
Status: **Delivered**

Your item was delivered at 12:46 PM on June 15, 2010 in HOLLYWOOD, FL 33027.

Detailed Results:

- **Delivered, June 15, 2010, 12:46 pm, HOLLYWOOD, FL 33027**
- **Acceptance, June 14, 2010, 5:49 pm, MIAMI, FL 33166**

Track & Confirm

Enter Label/Receipt Number.

*Go >*

## Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   *Go >*

Business Customer Gateway

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Timothy M. Antonition CFO
EASTERN FINANCIAL CREDIT UNION
3700 Lakeside Drive
Miramar, FL 33027

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                  06/11/1

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number   7010 0290 0003 5429 0925
   (Transfer from service label)

PS Form 3811, February 2004          Domestic Return Receipt

---

**U.S. Postal Service**
## CERTIFIED MAIL·· RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Timothy M. Antonition CFO
Street, Apt EASTERN FINANCIAL CREDIT UNION
or PO B. 3700 Lakeside Drive
City, Stat Miramar, FL 33027

PS Form

7010 0290 0003 5429 0925



**UNITED STATES POSTAL SERVICE.**

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7010 0290 0003 5429 0918**
Class: First-Class Mail®
Service(s): Certified Mail™
            Return Receipt
Status: Delivered

Your item was delivered at 10:55 AM on June 23, 2010 in HIALEAH, FL 33016.

Detailed Results:

- Delivered, June 23, 2010, 10:55 am, HIALEAH, FL 33016
- Arrival at Unit, June 23, 2010, 10:19 am, HIALEAH, FL 33166
- Acceptance, June 14, 2010, 5:49 pm, MIAMI, FL 33166

**Notification Options**

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

*(handwritten: Non response)*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Douglas J. Pauls CFO
   **BANKUNITED, FSB**
   255 Alhambra Circle
   Coral Gables, FL 33134-7407

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_          ☐ Agent
                          ☐ Addressee
B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
   (Transfer from service label)

   7010 0290 0003 5429 0918

PS Form 3811, February 2004          Domestic Return Receipt

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To
Douglas J. Pauls CFO
BANKUNITED, FSB
Street, Apt.
or PO Box
255 Alhambra Circle
City, State, ZIP+4
Coral Gables, FL 33134-7407

PS Form

7010 0290 0003 5429 0918

USPS - Track & Confirm


**UNITED STATES POSTAL SERVICE**

Home | Help |
Sign In

**Track & Confirm**   FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7010 0290 0003 5429 0949
Class: First-Class Mail®
Service(s): Certified Mail™
            Return Receipt
Status: Delivered

Your item was delivered at 8:26 AM on June 16, 2010 in MELBOURNE, FL 32941.

Detailed Results:

• Delivered, June 16, 2010, 8:26 am, MELBOURNE, FL 32941
• Arrival at Unit, June 16, 2010, 8:08 am, MELBOURNE, FL 32940
• Acceptance, June 14, 2010, 5:48 pm, MIAMI, FL 33166

Notification Options

**Track & Confirm**

Enter Label/Receipt Number.

( Go › )

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas R. Baldwin CFO
SPACE COAST CREDIT UNION
8045 N. Wickham Rd.
Melbourne, FL 32940

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
(Transfer from service label)   7010 0290 0003 5429 0949

PS Form 3811, February 2004   Domestic Return Receipt

---

Use business Customer Gateway

**U.S. Postal Service**
**CERTIFIED MAIL  RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

Postage | $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees | $

Sent To
Thomas R. Baldwin CFO
Street, Apt. No;
or PO Box No.   SPACE COAST CREDIT UNION
City, State, ZIP   8045 N. Wickham Rd.
Melbourne, FL 32940

PS Form 380

(7010 0290 0003 5429 0949)

# AFFIDAVIT OF NOTARY PRESENTMENT

## CERTIFICATION OF MAILING

State of FLORIDA            )
                            ) ss.
County of MIAMI DADE )

On this 20th day of JULY , 2010, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that Angel Evelyn Mendez appeared before me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Certified mail

Timothy M. Antonition CFO                    CERTIFIED MAIL# 7010 0290 0003 5429 1663
EASTERN FINANCIAL CREDIT UNION
3700 Lakeside Drive
Miramar, FL 33027

Cheryl Collins CEO                           CERTIFIED MAIL# 7010 0290 0003 5429 1670
GREEN TREE SERVICING LLC
345 St. Peter Street
St. Paul, MN 55102

Douglas J. Pauls CFO                         CERTIFIED MAIL# 7010 0290 0003 5429 1687
BANKUNITED, FSB
255 Alhambra Circle
Coral Gables, FL 33134-7407

Thomas R. Baldwin CFO                        CERTIFIED MAIL# 7010 0290 0003 5429 1694
SPACE COAST CREDIT UNION
8045 N. Wickham Rd.
Melbourne, FL 32940

### LIST OF DOCUMENTS MAILED

NOTICE OF FAULT IN DISHONOR AND OPPORTUNITY TO CURE                    1 PAGE

WITNESS my hand and official seal.

                                             SEAL:

_____
Notary Signature

Lynette Leyva
Notary Printed Name

My Commission Expires: 10-08-2013

**Address for return correspondence:**
Lynette Leyva, Notary Presenter
c/o Angel & Evelyn Mendez
PO Box 970792
Miami, FL 33197

Affidavit of Notary Presentment                                       Pages 1 of 1

Non-Negotiable Non-Transferable
# NOTICE OF FAULT IN DISHONOR
# AND OPPORTUNITY TO CURE
**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
*NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL*
**Applicable to all successors and assigns**
*Silence Is Acquiescence*

FROM: :Angel: and Evelyn: Mendez
      6526 Kendale Lakes Drive Apartment 1405
      Miami, Florida Republic, near [33183]
      "Non domestic without the US"


TO: <u>Cheryl Collins</u> CFO
    GREEN TREE SERVICING LLC
    345 St. Peter Street
    St. Paul, MN 55102

July 19, 2010

Mr. Collins,

This is a Notice of Fault and Opportunity to Cure pursuant to Uniform Commercial Code 3-505, 3-510; and 3-910, as an operation of law, upon the presentments we, :Angel: and Evelyn: Mendez sent you via Certified Mail, Return Receipt, received by GREEN TREE SERVICING LLC on May 17, 2010 and as evidenced by Certified Mail <u>7010 0780 0001 7570 1530</u> sent by the NOTARY PRESENTER

    You failed to accept or perform after receiving the presentment we, :Angel: and Evelyn: Mendez sent you. You are now in fault and have stipulated to the terms and conditions of our, May 17, 2010 presentment through your dishonor. You have the right to cure this default and perform according to said terms and conditions contained with the said presentment within the next six (6) days. Should you fail to cure the default, I will issue a Certificate of Notice of Default in Dishonor pursuant to Uniform Commercial Code 3-505, 3-510; and 3-910, as an operation of law.

Thank you for your prompt attention to this matter.


Sincerely and with all rights reserved,


_____      _____
:Angel: Mendez                  Evelyn: Mendez


# Exhibit D

Non-Negotiable Non-Transferable

# NOTICE OF FAULT IN DISHONOR
# AND OPPORTUNITY TO CURE
**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
*NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL*
**Applicable to all successors and assigns**
*Silence is Acquiescence*

FROM: :Angel: and Evelyn: Mendez
        6526 Kendale Lakes Drive Apartment 1405
        Miami, Florida Republic, near [33183]
        "Non domestic without the US"

TO: Timothy M. Antonition CFO
     EASTERN FINANCIAL CREDIT UNION
     3700 Lakeside Drive
     Miramar, FL 33027

July 19, 2010

Mr. Antonition,

This is a Notice of Fault and Opportunity to Cure pursuant to Uniform Commercial Code 3-505, 3-510; and 3-910, as an operation of law, upon the presentments we, :Angel: and Evelyn: Mendez sent you via Certified Mail, Return Receipt, received by EASTERN FINANCIAL CREDIT UNION on May 14, 2010 and as evidenced by Certified Mail <u>7010 0780 0001 7570 1523</u> sent by the NOTARY PRESENTER
        You failed to accept or perform after receiving the presentment we, :Angel: and Evelyn: Mendez sent you. You are now in fault and have stipulated to the terms and conditions of our, May 14, 2010 presentment through your dishonor. You have the right to cure this default and perform according to said terms and conditions contained with the said presentment within the next six (6) days. Should you fail to cure the default, I will issue a Certificate of Notice of Default in Dishonor pursuant to Uniform Commercial Code 3-505, 3-510; and 3-910, as an operation of law.

Thank you for your prompt attention to this matter.

Sincerely and with all rights reserved,

_____          _____
:Angel: Mendez                          Evelyn: Mendez

Non-Negotiable Non-Transferable

# NOTICE OF FAULT IN DISHONOR
# AND OPPORTUNITY TO CURE

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
*NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL*
**Applicable to all successors and assigns**
*Silence is Acquiescence*

FROM: :Angel: and Evelyn: Mendez
6526 Kendale Lakes Drive Apartment 1405
Miami, Florida Republic, near [33183]
"Non domestic without the US"

TO: Thomas R. Baldwin CFO
SPACE COAST CREDIT UNION
8045 N. Wickham Rd.
Melbourne, FL 32940

July 19, 2010

Mr. Baldwin,

This is a Notice of Fault and Opportunity to Cure pursuant to Uniform Commercial Code 3-505, 3-510; and 3-910, as an operation of law, upon the presentments we, :Angel: and Evelyn: Mendez sent you via Certified Mail, Return Receipt, received by SPACE COAST CREDIT UNION on May 17, 2010 and as evidenced by Certified Mail 7010 0780 0001 7570 1547 sent by the NOTARY PRESENTER.

You failed to accept or perform after receiving the presentment we, :Angel: and Evelyn: Mendez sent you. You are now in fault and have stipulated to the terms and conditions of our, May 17, 2010 presentment through your dishonor. You have the right to cure this default and perform according to said terms and conditions contained with the said presentment within the next six (6) days. Should you fail to cure the default, I will issue a Certificate of Notice of Default in Dishonor pursuant to Uniform Commercial Code 3-505, 3-510; and 3-910, as an operation of law.

Thank you for your prompt attention to this matter.

Sincerely and with all rights reserved,

_____          _____
:Angel: Mendez                              Evelyn: Mendez

Non-Negotiable Non-Transferable
# NOTICE OF FAULT IN DISHONOR
## AND OPPORTUNITY TO CURE
**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
*NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL*
**Applicable to all successors and assigns**
*Silence is Acquiescence*

FROM: :Angel: and Evelyn: Mendez
　　　6526 Kendale Lakes Drive Apartment 1405
　　　Miami, Florida Republic, near [33183]
　　　"Non domestic without the US"


TO: Douglas J. Pauls CFO
　　BANKUNITED, FSB
　　255 Alhambra Circle
　　Coral Gables, FL 33134-7407

July 19, 2010

Mr. Pauls,

　　　This is a **Notice of Fault** and **Opportunity to Cure** pursuant to Uniform Commercial Code 3-505, 3-510; and 3-910, as an operation of law, upon the presentments we, :Angel: and Evelyn: Mendez sent you via Certified Mail, Return Receipt, received by **BANKUNITED, FSB** on May 20, 2010 and as evidenced by  Certified Mail 7010 0780 0001 7570 1554 sent by the NOTARY PRESENTER
　　　You failed to accept or perform after receiving the presentment we, :Angel: and Evelyn: Mendez sent you. You are now in fault and have stipulated to the terms and conditions of our, May 20, 2010 presentment through your dishonor.  You have the right to cure this default and perform according to said terms and conditions contained with the said presentment within the next six (6) days. Should you fail to cure the default, I will issue a Certificate of Notice of Default in Dishonor pursuant to Uniform Commercial Code 3-505, 3-510; and 3-910, as an operation of law.

Thank you for your prompt attention to this matter.


Sincerely and with all rights reserved,


_____　　　_____
:Angel: Mendez　　　　　　　　　　　　　Evelyn: Mendez

# **⚘BankUnited**

7815 NW 148 Street, Miami Lakes, FL 33016
☎ 305 231 6400

July 30, 2010

Angel and Evelyn Mendez
6526 Kendall Lakes Drive Apartment 1405
Miami, FL. 33138

RE:   Notice of Fault and Opportunity to Cure

Dear Mr. and Ms. Mendez,

BankUnited is in receipt of the enclosed documentation dated June 14, 2010.
Please be advised that the loan which was sold to Green Tree Servicing on April 1, 2009.
Accordingly, please direct all future correspondence to Green Tree Servicing. ATTN:
Customer Service, 1400 Turbine Drive, Rapid City, SD 57703. Green Tree Servicing
customer service can be reached at (800) 643-0201. Please govern yourselves
accordingly.

Regards

BankUnited Legal Department

CK
Encl.

# Exhibit E

# DECLARATION OF SERVICE

**I HEREBY CERTIFTY** That I, LYNETTE LEYVA, **Third Party Witness**, have personally notarized /mailed/witnessed via CERTIFIED MAIL # Domestic Return Receipt, to

Timothy M. Antonition CFO             CERTIFIED MAIL# 7010 0290 0003 5429 1663
EASTERN FINANCIAL CREDIT UNION
3700 Lakeside Drive
Miramar, FL 33027

Cheryl Collins CFO                 CERTIFIED MAIL# 7010 0290 0003 5429 1670
**GREEN TREE SERVICING LLC**
345 St. Peter Street
St. Paul, MN 55102

Douglas J. Pauls CFO              CERTIFIED MAIL# 7010 0290 0003 5429 1687
BANKUNITED, FSB
255 Alhambra Circle
Coral Gables, FL 33134-7407

Thomas R. Baldwin CFO            CERTIFIED MAIL# 7010 0290 0003 5429 1694
SPACE COAST CREDIT UNION
8045 N. Wickham Rd.
Melbourne, FL 32940

NOTE: This package was clearly marked on the outside of the envelope <u>"NOTICE TO AGENT IS NOTICE TO PRINCIPLE, NOTICE TO PRINCIPLE IS NOTICE TO AGENT."</u>–**AND** – each package included

1. **AFFIDAVIT OF NOTARY PRESENTMENT**
2. **NOTICE OF FAULT IN DISHONOR AND OPPORTUNITY TO CURE**

RESPECTFULLY SUBMITTED at (Time) __3:20 pm__ on (Date) __7/21/2010__

LS: _____ , Third Party Witness

PRINT NAME: __Lynette Leyva__       MY COMMISSION # DD931818

ADDRESS: __PO Box 970792 Miami FL 33197__



UNITED STATES
POSTAL SERVICE®

**Track & Confirm**          **FAQs**

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0290 0003 5429 1670**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
    **Return Receipt Electronic**
Status: **Delivered**

Your item was delivered at 9:13 am on July 26, 2010 in SAINT PAUL, MN
55107.

Detailed Results:

• **Delivered, July 26, 2010, 9:13 am, SAINT PAUL, MN 55107**
• **Acceptance, July 21, 2010, 3:19 pm, MIAMI, FL 33166**

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   `Go >`

**Return Receipt (Electronic)**

Verify who signed for your item by email.   `Go >`

**Track & Confirm**

Enter Label/Receipt Number.

`Go >`

*Green Tree*

---

*NOTICE of FAULT & OP to CURE.*

 **UNITED STATES**
**POSTAL SERVICE.**

Date: 05/10/2011

Lynette Leyva:

The following is in response to your 05/10/2011 request for delivery information on your
Certified Mail(TM) item number 7010 0290 0003 5429 1670. The delivery record shows that
this item was delivered on 07/26/2010 at 09:13 AM in SAINT PAUL, MN 55107. The scanned
image of the recipient information is provided below.

Signature of Recipient:  

Address of Recipient:  

Thank you for selecting the Postal Service for your mailing needs. If you require additional
assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service


**UNITED STATES**
**POSTAL SERVICE®**

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0290 0003 5429 1663**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
          **Return Receipt Electronic**
Status: **Delivered**

Your item was delivered at 1:04 pm on July 22, 2010 in HOLLYWOOD,
FL 33027.

Detailed Results:

• **Delivered, July 22, 2010, 1:04 pm, HOLLYWOOD, FL 33027**
• Acceptance, July 21, 2010, 3:20 pm, MIAMI, FL 33166

| **Track & Confirm** |
| Enter Label/Receipt Number. |

( **Go >** )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( **Go >** )

**Return Receipt (Electronic)**

Verify who signed for your item by email. ( **Go >** )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

Eastern

Angel Sr. & Evelyn

Notice of Fault


**UNITED STATES
POSTAL SERVICE.**

Date: 05/10/2011

Lynette Leyva:

The following is in response to your 05/10/2011 request for delivery information on your Certified Mail(TM) item number 7010 0290 0003 5429 1663. The delivery record shows that this item was delivered on 07/22/2010 at 01:04 PM in HOLLYWOOD, FL 33027. The scanned image of the recipient information is provided below.

Signature of Recipient:    *Mauricie Rowy*

Address of Recipient:    *37100 Lexi Sud Dr*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service


**UNITED STATES POSTAL SERVICE**®

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7010 0290 0003 5429 1687
Class: **First-Class Mail**®
Service(s): **Certified Mail**™
            **Return Receipt Electronic**
Status: **Delivered**

Your item was delivered at 10:51 am on July 23, 2010 in HIALEAH, FL 33016.

Detailed Results:

- **Delivered, July 23, 2010, 10:51 am, HIALEAH, FL 33016**
- **Arrival at Unit, July 23, 2010, 10:26 am, HIALEAH, FL 33016**
- **Acceptance, July 21, 2010, 3:20 pm, MIAMI, FL 33166**

**Track & Confirm**

Enter Label/Receipt Number.

Go >

*Bank United.*

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ( Go > )

### Return Receipt (Electronic)

Verify who signed for your item by email. ( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

*Notice of Default*


**UNITED STATES**
**POSTAL SERVICE.**

Date: 05/10/2011

Lynette Leyva:

The following is in response to your 05/10/2011 request for delivery information on your Certified Mail(TM) item number 7010 0290 0003 5429 1687. The delivery record shows that this item was delivered on 07/23/2010 at 10:51 AM in HIALEAH, FL 33016 to C MARTINEZ. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

USPS - Track & Confirm                                                                                Page 1 of 1



**UNITED STATES POSTAL SERVICE.**

Home | Help | Sign In

**Track & Confirm**   **FAQs**

# Track & Confirm

## Search Results

Label/Receipt Number: 7010 0290 0003 5429 1694
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
   **Return Receipt Electronic**
Status: **Delivered**

Your item was delivered at 8:41 am on July 23, 2010 in MELBOURNE, FL 32941.

Detailed Results:

• **Delivered, July 23, 2010, 8:41 am, MELBOURNE, FL 32941**
• **Arrival at Unit, July 23, 2010, 8:11 am, MELBOURNE, FL 32940**
• **Acceptance, July 21, 2010, 3:18 pm, MIAMI, FL 33166**

**Track & Confirm**

Enter Label/Receipt Number.

( *Go >* )

*Space Coast.*

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( *Go >* )

**Return Receipt (Electronic)**

Verify who signed for your item by email.   ( *Go >* )

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

*NOTICE of Fault & Opto Cure*



**UNITED STATES**
**POSTAL SERVICE ™**

Date: 05/10/2011

Lynette Leyva:

The following is in response to your 05/10/2011 request for delivery information on your Certified Mail(TM) item number 7010 0290 0003 5429 1694. The delivery record shows that this item was delivered on 07/23/2010 at 08:41 AM in MELBOURNE, FL 32941 to K WALFORD. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

# AFFIDAVIT OF NOTARY PRESENTMENT

## CERTIFICATION OF MAILING

State of __Florida__ )
County of __Miami Dade__ ) ss.

On this __5__ day of __August__, 2010, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that __Angel Mendez & Evelyn Mendez__ appeared before me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Certified mail

Timothy M. Antonition CFO
EASTERN FINANCIAL CREDIT UNION
3700 Lakeside Drive
Miramar, FL 33027

CERTIFIED MAIL# 7010 0780 0001 7010 0246

Cheryl Collins CFO
GREEN TREE SERVICING LLC
345 St. Peter Street
St. Paul, MN 55102

CERTIFIED MAIL# 7010 0780 0001 7010 0253

Thomas R. Baldwin CFO
SPACE COAST CREDIT UNION
8045 N. Wickham Rd
Melbourne, FL 32940

CERTIFIED MAIL# 7010 0780 0001 7010 0277

### LIST OF DOCUMENTS MAILED

NOTICE OF DEFAULT IN DISHONOR                    2 PAGES

WITNESS my hand and official seal.

SEAL:

Notary Signature

Lynette Leyva
Notary Printed Name

My Commission Expires: 10/08/2013

LYNETTE LEYVA
MY COMMISSION # DD931818
EXPIRES: October 08, 2013
FL Notary Discount Assoc. Co.
1-800-NOTARY

__Address for return correspondence:__
Lynette Leyva, Notary Presenter
c/o Angel & Evelyn Mendez
PO Box 970792
Miami, FL 33197

*Non-Negotiable Non-Transferable*
# NOTICE OF DEFAULT IN DISHONOR

*NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT*
*NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL*
*Applicable to all successors and assigns*
*Silence is Acquiescence*

FROM: :Angel: and Evelyn: Mendez
      6526 Kendale Lakes Drive Apartment 1405
      Miami, Florida Republic, near [33183]
      "Non domestic without the US"

                                       7010 0780 0001 7010 0253

TO: Cheryl Collins CFO
     GREEN TREE SERVICING LLC
     345 St. Peter Street
     St. Paul, MN 5510233027

**DATE**: August 5, 2010

This is a **Notice of Default in Dishonor** to GREEN TREE SERVICING LLC any successors and/or assigns pursuant to Uniform Commercial Code 3-505, 3-510; and 3-910, as an operation of law, upon the presentments we, :Angel: and Evelyn: Mendez sent you via Certified Mail, Return Receipt, received by the GREEN TREE SERVICING LLC any successors and/or assigns on May 17, 2010 and as evidenced by Certified Mail # 7010 0780 0001 7570 1530.

By the terms and conditions of the agreement contained in that document, GREEN TREE SERVICING LLC any successors and/or assigns was under obligation to timely and in good faith protest and/or honor that presentment within thirty (30) calendar days.

GREEN TREE SERVICING LLC any successors and/or assigns' failure to honor the offer, even after we, :Angel: and Evelyn: Mendez granted six (6) days as an opportunity for GREEN TREE SERVICING LLC any successors and/or assigns to cure GREEN TREE SERVICING LLC any successors and/or assigns 's fault as evidenced by Certified Mail # 7010 0290 0003 5429 1670., is a dishonor and places the GREEN TREE SERVICING LLC any successors and/or assigns at default.

By GREEN TREE SERVICING LLC any successors and/or assigns' default, it has comprised **your confession to holding all liability in the aforesaid matter, your stipulation that the above-noted party has exhausted his/her administrative remedy, and your consent to all necessary collection procedures.** As well, your default has comprise your confession to securities fraud, tax fraud, breach of fiduciary duty, and will be certified and reported to the governor and comptroller of your state, the IRS and the United States Attorney in your area, and any other agency deemed appropriate.

**ESTOPPEL BY ACQUIESCENCE:** Your Default has comprise your agreement that all issues pertaining to this Contract are deemed settled and closed **res judicata, stare decisis** and **collateral estoppel,** and as a result, **judgment by estoppel.**

We do not seek controversy, and I trust you do not desire to create any controversy as well. We seek only to avoid all injury to a living man or woman, and I am more than willing to forgive and forget any indiscretions on your part, or others involved. However, We have a right of claim to settle and close referenced account #891911539. We trust that you will not trespass on our private Rights and property.

# Exhibit F

                                                Page 1 of 2

We trust you will do everything possible to avoid liability to yourself. We are not arguing status; We are defending our standing as original creditor.

GREEN TREE SERVICING LLC any successors and/or assigns mortgage has been satisfied and will stand as satisfaction of mortgage on the part of GREEN TREE SERVICING LLC any successors and/or assigns Non Response according to the conditions to the presentments/contract and will stand as satisfaction of mortgage. :Angel: and Evelyn: Mendez are the holders of the property in DUE COURSE

Govern oneself accordingly,

:Angel: Mendez                    Evelyn: Mendez

*Non-Negotiable Non-Transferable*

# NOTICE OF DEFAULT IN DISHONOR

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**
*Applicable to all successors and assigns*
*Silence is Acquiescence*

7010 0780 0001 7010 0246

FROM: :Angel: and Evelyn: Mendez
      6526 Kendale Lakes Drive Apartment 1405
      Miami, Florida Republic, near [33183]
      "Non domestic without the US"


TO: Timothy M. Antonition CFO
    EASTERN FINANCIAL CREDIT UNION
    3700 Lakeside Drive
    Miramar, Fl. 33027

**DATE:** August 5, 2010


      This is a **Notice of Default in Dishonor** to EASTERN FINANCIAL CREDIT UNION any successors and/or assigns pursuant to Uniform Commercial Code 3-505, 3-510; and 3-910, as an operation of law, upon the presentments we, :Angel: and Evelyn: Mendez sent you via Certified Mail, Return Receipt, received by the EASTERN FINANCIAL CREDIT UNION any successors and/or assigns on May 14, 2010 and as evidenced by Certified Mail # 7010 0780 0001 7570 1523.
    By the terms and conditions of the agreement contained in that document, EASTERN FINANCIAL CREDIT UNION any successors and/or assigns was under obligation to timely and in good faith protest and/or honor that presentment within thirty (30) calendar days.

      EASTERN FINANCIAL CREDIT UNION any successors and/or assigns' failure to honor the offer, even after we, :Angel: and Evelyn: Mendez granted six (6) days as an opportunity for EASTERN FINANCIAL CREDIT UNION any successors and/or assigns to cure EASTERN FINANCIAL CREDIT UNION any successors and/or assigns 's fault as evidenced by Certified Mail # 7010 0290 0003 5429 1663., is a dishonor and places the EASTERN FINANCIAL CREDIT UNION any successors and/or assigns at default.

      By EASTERN FINANCIAL CREDIT UNION any successors and/or assigns' default, it has comprised your confession **to holding all liability in the aforesaid matter, your stipulation that the above-noted party has exhausted his/her administrative remedy, and your consent to all necessary collection procedures.** As well, your default has comprise your confession to securities fraud, tax fraud, breach of fiduciary duty, and will be certified and reported to the governor and comptroller of your state, the IRS and the United States Attorney in your area, and any other agency deemed appropriate.
    **ESTOPPEL BY ACQUIESCENCE:** Your Default has comprise your agreement that all issues pertaining to this Contract are deemed settled and closed **res judicata, stare decisis** and **collateral estoppel,** and as a result, **judgment by estoppel.**
    We do not seek controversy, and I trust you do not desire to create any controversy as well. We seek only to avoid all injury to a living man or woman, and I am more than willing to forgive and forget any

indiscretions on your part, or others involved. However, We have a right of claim to settle and close referenced account #4306415811407173. We trust that you will not trespass on our private Rights and property. We trust you will do everything possible to avoid liability to yourself. We are not arguing status; We are defending our standing as original creditor.

EASTERN FINANCIAL CREDIT UNION any successors and/or assigns mortgage has been satisfied and will stand as satisfaction of mortgage on the part of EASTERN FINANCIAL CREDIT UNION any successors and/or assigns Non Response according to the conditions to the presentments/contract and will stand as satisfaction of mortgage. :Angel: and Evelyn: Mendez are the holders of the property in DUE COURSE

Govern oneself accordingly,


_____
:Angel: Mendez

_____
Evelyn: Mendez

*Non-Negotiable Non-Transferable*

# NOTICE OF DEFAULT IN DISHONOR

***NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT***
***NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL***
***Applicable to all successors and assigns***
***Silence is Acquiescence***

FROM: :Angel: and Evelyn: Mendez                    7010 0780 0001 7010 0277
        6526 Kendale Lakes Drive Apartment 1405
        Miami, Florida Republic, near [33183]
        "Non domestic without the US"

TO: Thomas R. Baldwin CFO
    SPACE COAST CREDIT UNION
    8045 N. Wickham Rd.
    Melbourne, FL 32940

**DATE**: August 5, 2010


      This is a **Notice of Default in Dishonor** to SPACE COAST CREDIT UNION any successors and/or assigns pursuant to Uniform Commercial Code 3-505, 3-510; and 3-910, as an operation of law, upon the presentments we, :Angel: and Evelyn: Mendez sent you via Certified Mail, Return Receipt, received by the SPACE COAST CREDIT UNION any successors and/or assigns on May 17, 2010 and as evidenced by Certified Mail # 7010 0780 0001 7570 1547.

By the terms and conditions of the agreement contained in that document, SPACE COAST CREDIT UNION any successors and/or assigns was under obligation to timely and in good faith protest and/or honor that presentment within thirty (30) calendar days.

      SPACE COAST CREDIT UNION any successors and/or assigns' failure to honor the offer, even after we, :Angel: and Evelyn: Mendez granted six (6) days as an opportunity for SPACE COAST CREDIT UNION any successors and/or assigns to cure SPACE COAST CREDIT UNION any successors and/or assigns 's fault as evidenced by Certified Mail # 7010 0290 0003 5429 1694., is a dishonor and places the SPACE COAST CREDIT UNION any successors and/or assigns at default.

      By SPACE COAST CREDIT UNION any successors and/or assigns' default, it has comprised your confession **to holding all liability in the aforesaid matter, your stipulation that the above-noted party has exhausted his/her administrative remedy, and your consent to all necessary collection procedures**. As well, your default has comprise your confession to securities fraud, tax fraud, breach of fiduciary duty, and will be certified and reported to the governor and comptroller of your state, the IRS and the United States Attorney in your area, and any other agency deemed appropriate.

**ESTOPPEL BY ACQUIESCENCE:** Your Default has comprise your agreement that all issues pertaining to this Contract are deemed settled and closed **res judicata, stare decisis** and **collateral estoppel**, and as a result, **judgment by estoppel**.

We do not seek controversy, and I trust you do not desire to create any controversy as well. We seek only to avoid all injury to a living man or woman, and I am more than willing to forgive and forget any indiscretions on your part, or others involved. However, We have a right of claim to settle and close referenced account #4306415811407173. We trust that you will not trespass on our private Rights and

property. We trust you will do everything possible to avoid liability to yourself. We are not arguing status; We are defending our standing as original creditor.

SPACE COAST CREDIT UNION any successors and/or assigns mortgage has been satisfied and will stand as satisfaction of mortgage on the part of SPACE COAST CREDIT UNION any successors and/or assigns Non Response according to the conditions to the presentments/contract and will stand as satisfaction of mortgage. :Angel: and Evelyn: Mendez are the holders of the property in DUE COURSE

Govern oneself accordingly,

:Angel: Mendez

Evelyn: Mendez

# DECLARATION OF SERVICE

**I HEREBY CERTIFTY** That I, LYNETTE LEYVA, **Third Party Witness**, have personally notarized /mailed/witnessed via CERTIFIED MAIL # Domestic Return Receipt, to

Timothy M. Antonition CFO        CERTIFIED MAIL# 7010 0780 0001 7010 0246
EASTERN FINANCIAL CREDIT UNION
3700 Lakeside Drive
Miramar, FL 33027

Cheryl Collins CFO        CERTIFIED MAIL# 7010 0780 0001 7010 0253
**GREEN TREE SERVICING LLC**
345 St. Peter Street
St. Paul, MN 55102

Thomas R. Baldwin CFO        CERTIFIED MAIL# 7010 0780 0001 7010 0277
SPACE COAST CREDIT UNION
8045 N. Wickham Rd.
Melbourne, FL 32940

NOTE: This package was clearly marked on the outside of the envelope "NOTICE TO AGENT IS NOTICE TO PRINCIPLE, NOTICE TO PRINCIPLE IS NOTICE TO AGENT."–**AND** – each package included

1. **AFFIDAVIT OF NOTARY PRESENTMENT**
2. **NOTICE OF DEFAULT IN DISHONOR**

RESPECTFULLY SUBMITTED at (Time) _2:55pm_ on (Date) _8/9/2010_

LS: _____ , Third Party Witness

PRINT NAME: _Lynette Leyva_      MY COMMISSION # DD931818

ADDRESS: _PO BOX 970792 Miami FL 33197_



**UNITED STATES**
**POSTAL SERVICE®**

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0780 0001 7010 0253**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
        **Return Receipt Electronic**
Status: **Delivered**

Your item was delivered at 9:18 am on August 12, 2010 in SAINT PAUL, MN 55107.

Detailed Results:

- **Delivered, August 12, 2010, 9:18 am, SAINT PAUL, MN 55107**
- Acceptance, August 09, 2010, 2:55 pm, MIAMI, FL 33197

### Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Return Receipt (Electronic)**

Verify who signed for your item by email.  ( Go > )

Privacy Policy    Terms of Use    Business Customer Gateway

FOIA

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

ABE NF DEULT

Sent To
Cheryl Collins CFO
GREEN TREE SERVICING LLC
Street, Apt. No; or PO Box No.  345 St. Peter Street
City, State, ZIP  St. Paul, MN 5510233027

PS Form 3800

7010 0780 0001 7010 0253

Greentree
Notice of Default

 **UNITED STATES POSTAL SERVICE.**

Date: 05/10/2011

Lynette Leyva:

The following is in response to your 05/10/2011 request for delivery information on your Certified Mail(TM) item number 7010 0780 0001 7010 0253. The delivery record shows that this item was delivered on 08/12/2010 at 09:18 AM in SAINT PAUL, MN 55107. The scanned image of the recipient information is provided below.

Signature of Recipient: 

Address of Recipient: 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service



## UNITED STATES POSTAL SERVICE

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7010 0780 0001 7010 0246**
Class: First-Class Mail®
Service(s): Certified Mail™
  Return Receipt Electronic
Status: Delivered

Your item was delivered at 12:41 pm on August 10, 2010 in HOLLYWOOD, FL 33027.

Detailed Results:

- Delivered, August 10, 2010, 12:41 pm, HOLLYWOOD, FL 33027
- Acceptance, August 09, 2010, 2:55 pm, MIAMI, FL 33197

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go >

Return Receipt (Electronic)

Verify who signed for your item by email.   Go >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To
Timothy M. Antonition CFO
Street, Apt. No; or PO Box No. EASTERN FINANCIAL CREDIT UNION
3700 Lakeside Drive
City, State, Miramar, FL 33027

PS Form 38


**UNITED STATES
POSTAL SERVICE.**

Date: 08/11/2010

LYNETTE LEYVA:

The following is in response to your 08/11/2010 request for delivery information on your Certified Mail(TM) item number 7010 0780 0001 7010 0246. The delivery record shows that this item was delivered on 08/10/2010 at 12:41 PM in HOLLYWOOD, FL 33027 to M ROMY. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

Case 1:11-cv-21698-JAL   Document 1   Entered on FLSD Docket 05/11/2011   Page 72 of 81



**UNITED STATES POSTAL SERVICE**₆

19th

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7010 0780 0001 7010 0277**
Class: First-Class Mail®
Service(s): Certified Mail™
　　　　　 Return Receipt Electronic
Status: Delivered

Your item was delivered at 8:31 am on August 11, 2010 in MELBOURNE, FL 32941.

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Detailed Results:
- Delivered, August 11, 2010, 8:31 am, MELBOURNE, FL 32941
- Arrival at Unit, August 11, 2010, 8:07 am, MELBOURNE, FL 32940
- Acceptance, August 09, 2010, 2:54 pm, MIAMI, FL 33197

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ( Go > )

Return Receipt (Electronic)

Verify who signed for your item by email. ( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**U.S. Postal Service**™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com₆

7010 0780 0001 7010 0277

Postage | $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees | $

Postmark Here

A3E UF DEFULT

Sent To: Thomas R. Baldwin CFO
SPACE COAST CREDIT UNION
8045 N. Wickham Rd.
Melbourne, FL 32940

PS Form

NOTICE OF DEFULT.



**UNITED STATES**
**POSTAL SERVICE.**

Date: 08/11/2010

LYNETTE LEYVA:

The following is in response to your 08/11/2010 request for delivery information on your Certified Mail(TM) item number 7010 0780 0001 7010 0277. The delivery record shows that this item was delivered on 08/11/2010 at 08:31 AM in MELBOURNE, FL 32941 to K WALFORD. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

**Debtor Party:**

Timothy M. Antonition CFO
EASTERN FINANCIAL CREDIT UNION any successors and/or assigns
3700 Lakeside Drive
Miramar, FL 33027

**Notary:**
LYNETTE LEYVA
PO BOX 970792
MIAMI, FL 33197

# Exhibit G

**County:** Miami-Dade
**State:** Florida

# <u>FORMAL CERTIFICATE OF DISHONOR</u>

## U.C.C. § 3-505

TO: :Angel: and Evelyn: of the family Mendez
6526 Kendale Lakes Drive Apartment 1405
Miami, Florida Republic, near [33183]
"Non domestic without the US"

_____

United States of America  )
State of Florida          ) ss
Miami-Dade County         )

Be it known, that I, LYNETTE LEYVA, as a Notary Public in and for the County of Miami-Dade, State of Florida, duly appointed, commissioned and sworn, at request of , :Angel: and Evelyn: of the family Mendez presented **Affidavit/ Presentment/ Conditional Acceptance/ Proof of Claim** to the above address of EASTERN FINANCIAL CREDIT UNION any successors and/or assigns and demanded performance thereof which was refused for the following reason: Debt Collector/Debtor, EASTERN FINANCIAL CREDIT UNION any successors and/or assigns failure to accept, or perform, or answer the documents timely, or at all.

On this 24th day of August , 2010 I certify that:

ALL said **Affidavit/ Presentment/ Conditional Acceptance/ Proof of Claim** and their titles and statement of accounts were caused to be properly mailed by the Notary Presenter on behalf of :Angel: and Evelyn: of the family Mendez via Certified Mail return receipt requested and received, properly addressed EASTERN FINANCIAL CREDIT UNION any successors and/or assigns., Attn: Timothy M. Antonition CFO, 3700 Lakeside Drive, Miramar, FL 33027 with AFFIDAVIT OF NOTARY PRESENTMENT enclosed with every mailing, and each package was clearly marked on the outside of the envelope " NOTICE TO AGENT IS NOTICE TO PRINCIPLE, NOTICE TO PRINCIPLE IS NOTICE TO AGENT".

[The above named place being the known place of business of EASTERN FINANCIAL CREDIT UNION any successors and/or assigns, where the said notices were directed respectively.]

1. On May 4, 2010, :Angel: and Evelyn: of the family Mendez filed an **Affidavit** recorded 05/11/2010 under CFN# 2010R0314349 , Book 27280, pages 0182-203, sent to EASTERN FINANCIAL CREDIT UNION any successors and/or assigns, on May 12, 2010, by USPS Certified Mail Number 7010 0780 0001 7570 1523 and was received on May 14, 2010 and

Page 1 of 2

EASTERN FINANCIAL CREDIT UNION any successors and/or assigns and did not respond.

2. On June 14, 2010 EASTERN FINANCIAL CREDIT UNION any successors and/or assigns were sent a NOTICE OF NON-RESPONSE and a copy of the **Affidavit/ Presentment/** Conditional Acceptance/ Proof of Claim This notice was sent by USPS Certified Mail Receipt # 7010 0290 0003 5429 0925 and was received on June 15, 2010, per EASTERN FINANCIAL CREDIT UNION any successors and/or assigns did not respond.

3. On July 21, 2010, EASTERN FINANCIAL CREDIT UNION any successors and/or assigns, were sent a **NOTICE OF FAULT IN DISHONOR AND OPPORTUNITY TO CURE.** This notice was sent by USPS Certified Mail Receipt # 7010 0290 0003 5429 1663 and was received on July 22, 2010, per EASTERN FINANCIAL CREDIT UNION any successors and/or assigns did not respond.

4. On August 9, 2010, a **NOTICE OF DEFAULT IN DISHONOR** was sent to EASTERN FINANCIAL CREDIT UNION any successors and/or assigns,. This notice was sent by USPS Certified Mail Receipt Number # 7010 0780 0001 7010 0246 and was received on August 10, 2010, EASTERN FINANCIAL CREDIT UNION any successors and/or assigns did not respond.

Whereupon, I, the said Notary Public Presenter, at the request of :Angel: and Evelyn: of the family Mendez did protest, and by these presents do solemnly protest against the Debt Collector/Debtor EASTERN FINANCIAL CREDIT UNION any successors and/or assigns, beneficiaries, and all parties whom it may concern, all costs, damages, and interest already incurred, or hereafter incurred, by reason of the non-acceptance thereof.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my seal of office.

Dated this 24 Day of August Month, in the year, Two Thousand and

Ten Miami-Dade County, Florida.

MY COMMISSION #: DD931818

Signature of Notary Public-State of Florida

Lynette Leyva
Printed Name of Notary
My commission expires: 10/08/2013

**Debtor Party:**
Cheryl Collins CFO
**GREEN TREE SERVICING LLC** any successors and/or assigns
**345 St. Peter Street**
**St. Paul, MN 55102**

**Notary:**
LYNETTE LEYVA
PO BOX 970792
MIAMI, FL 33197

**County:** Miami-Dade
**State:** Florida

# FORMAL CERTIFICATE OF DISHONOR

## U.C.C. § 3-505

**TO:** :Angel: and Evelyn: of the family Mendez
6526 Kendale Lakes Drive Apartment 1405
Miami, Florida Republic, near [33183]
"Non domestic without the US"

-------------------------------------

United States of America )
State of Florida          ) ss
Miami-Dade County         )

Be it known, that I, Lynette Leyva, as a Notary Public in and for the County of Miami-Dade, State of Florida, duly appointed, commissioned and sworn, at request of , :Angel: and Evelyn: of the family Mendez presented documents/presentments/contracts to the above address of GREEN TREE SERVICING LLC  any successors and/or assigns and demanded performance thereof which was refused for the following reason: Debt Collector/Debtor, GREEN TREE SERVICING LLC  any successors and/or assigns failure to accept, or perform, or answer the documents timely, or at all.

On this 24TH day of August, 2010 I certify that:

ALL said documents/presentments/contracts and their titles and statement of accounts were caused to be properly mailed by the Notary Presenter on behalf of :Angel: and Evelyn: of the family Mendez via Certified Mail return receipt requested and received, properly addressed GREEN TREE SERVICING LLC  any successors and/or assigns , Attn: Cheryl Collins CFO, 345 St. Peter Street, St. Paul, MN 55102, with AFFIDAVIT OF NOTARY PRESENTMENT enclosed with every mailing and each package was clearly marked on the outside of the envelope " NOTICE TO AGENT IS NOTICE TO PRINCIPLE, NOTICE TO PRINCIPLE IS NOTICE TO AGENT".

[The above named place being the known place of business of GREEN TREE SERVICING LLC any successors and/or assigns where the said notices were directed respectively.]

1.  On May 4, 2010, :Angel: and Evelyn: of the family Mendez filed an **Affidavit** recorded 05/11/2010 under CFN# 2010R0314349 , Book 27280, pages 0182-203, On May 12,2010

Page 1 of 2

was sent to GREEN TREE SERVICING LLC  any successors and/or assigns ., by  USPS Certified Mail Number 7010 0780 0001 7570 1530 and was received by on May 17, 2010 and GREEN TREE SERVICING LLC  any successors and/or assigns  did not respond.

2.  On June 14, 2010 GREEN TREE SERVICING LLC any successors and/or assigns were sent a **NOTICE OF NON-RESPONSE** and a copy of the Affidavit/ Presentment/ Conditional Acceptance/ Proof of Claim This notice was sent by USPS Certified Mail Receipt # 7010 0290 0003 5429 0932 and was received on June 18, 2010, per GREEN TREE SERVICING LLC any successors and/or assigns did not respond.

3.  On July 21, 2010, GREEN TREE SERVICING LLC  any successors and/or assigns, were sent a **NOTICE OF FAULT IN DISHONOR AND OPPORTUNITY TO CURE.** This notice was sent by USPS Certified Mail Receipt # 7010 0290 0003 5429 1670 and was received on July 26, 2010, per GREEN TREE SERVICING LLC  any successors and/or assigns did not respond.

4.  On August 9, 2010, a **NOTICE OF DEFAULT IN DISHONOR** was sent to GREEN TREE SERVICING LLC  any successors and/or assigns. This notice was sent by USPS Certified Mail Receipt Number # 7010 0780 0001 7010 0253 and was received on August 12, 2010, GREEN TREE SERVICING LLC any successors and/or assigns did not respond.

Whereupon, I, the said Notary Public Presenter, at the request of :Angel: and Evelyn: of the family Mendez did protest, and by these presents do solemnly protest against the Debt Collector/Debtor GREEN TREE SERVICING LLC  any successors and/or assigns, beneficiaries, and all parties whom it may concern, all costs, damages, and interest already incurred, or hereafter incurred, by reason of the non-acceptance thereof.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my seal of office.

Dated this 24ᵗʰ Day of August Month, in the year, Two Thousand and

Ten Miami-Dade County, Florida.

MY COMMISSION #: DD931818

Signature of Notary Public-State of Florida

Lirette Leyva
Printed Name of Notary

My commission expires: 10 08 2013

**Debtor Party:**
Thomas R. Baldwin CFO
**SPACE COAST CREDIT UNION** any successors and/or assigns
**8045 N. Wickham Rd**
**Melbourne, FL 32940**

**Notary:**
LYNETTE LEYVA
PO BOX 970792
MIAMI, FL 33197

**County:** Miami-Dade
**State:** Florida

# FORMAL CERTIFICATE OF DISHONOR

## U.C.C. § 3-505

**TO:** :Angel: and Evelyn: of the family Mendez
6526 Kendale Lakes Drive Apartment 1405
Miami, Florida Republic, near [33183]
"Non domestic without the US"

_____

United States of America  )
State of Florida           ) ss
Miami-Dade County         )

Be it known, that I, Lynette Leyva, as a Notary Public in and for the County of Miami-Dade, State of Florida, duly appointed, commissioned and sworn, at request of , :Angel: and Evelyn: of the family Mendez presented documents/presentments/contracts to the above address of SPACE COAST CREDIT UNION any successors and/or assigns and demanded performance thereof which was refused for the following reason: Debt Collector/Debtor, SPACE COAST CREDIT UNION any successors and/or assigns failure to accept, or perform, or answer the documents timely, or at all.

On this 24TH day of August, 2010 I certify that:

ALL said documents/presentments/contracts and their titles and statement of accounts were caused to be properly mailed by the Notary Presenter on behalf of :Angel: and Evelyn: of the family Mendez via Certified Mail return receipt requested and received, properly addressed SPACE COAST CREDIT UNION any successors and/or assigns , Attn: Thomas R. Baldwin CFO, 8045 N. Wickham Rd, Melbourne, FL 32940, with AFFIDAVIT OF NOTARY PRESENTMENT enclosed with every mailing and each package was clearly marked on the outside of the envelope " NOTICE TO AGENT IS NOTICE TO PRINCIPLE, NOTICE TO PRINCIPLE IS NOTICE TO AGENT".

[The above named place being the known place of business of SPACE COAST CREDIT UNION any successors and/or assigns where the said notices were directed respectively.]

1.  On May 4, 2010, :Angel: and Evelyn: of the family Mendez filed an **Affidavit** recorded 05/11/2010 under CFN# 2010R0314349 , Book 27280, pages 0182-203, On May 15, 2010 sent to SPACE COAST CREDIT UNION any successors and/or assigns ., by USPS

Certified Mail Number 7010 0780 0001 7570 1547 and was received by on May 17, 2010 and SPACE COAST CREDIT UNION   any successors and/or assigns   did not respond.

2.  On June 14, 2010 SPACE COAST CREDIT UNION any successors and/or assigns were sent a **NOTICE OF NON-RESPONSE** and a copy of the Affidavit/ Presentment/ Conditional Acceptance/ Proof of Claim This notice was sent by USPS Certified Mail Receipt # 7010 0290 0003 5429 0949 and was received on June 16, 2010, per SPACE COAST CREDIT UNION any successors and/or assigns did not respond.

3.  On July 21, 2010, SPACE COAST CREDIT UNION   any successors and/or assigns, were sent a **NOTICE OF FAULT IN DISHONOR AND OPPORTUNITY TO CURE.** This notice was sent by USPS Certified Mail Receipt # 7010 0290 0003 5429 1694 and was received on July 23, 2010, per SPACE COAST CREDIT UNION   any successors and/or assigns did not respond.

4.  On August 9, 2010, a **NOTICE OF DEFAULT IN DISHONOR** was sent to SPACE COAST CREDIT UNION   any successors and/or assigns. This notice was sent by USPS Certified Mail Receipt Number # 7010 0780 0001 7010 0277 and was received on August 11, 2010, SPACE COAST CREDIT UNION any successors and/or assigns did not respond.

Whereupon, I, the said Notary Public Presenter, at the request of :Angel: and Evelyn: of the family Mendez did protest, and by these presents do solemnly protest against the Debt Collector/Debtor SPACE COAST CREDIT UNION   any successors and/or assigns, beneficiaries, and all parties whom it may concern, all costs, damages, and interest already incurred, or hereafter incurred, by reason of the non-acceptance thereof.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my seal of office.

Dated this 24th Day of May Month, in the year, Two Thousand and Ten Miami - Dade County, Florida.

MY COMMISSION #:DD931818

Signature of Notary Public-State of Florida

Nirette Leyva
Printed Name of Notary

My commission expires: 10/08/2013

From: :Angel: and Evelyn: of the family Mendez
6526 Kendale Lakes Drive Apartment 1405
Miami, Florida Republic, near [33183]
"Non domestic without the US"

To:  Department of State
 Division of Corporation
Apostille Certification
P.O. Box 6800
Tallahassee, FL 32314-6800

# Exhibit H

August 30, 2010

Department of State,

Enclosed please find, a Formal Certificate of Dishonor. We :Angel: and Evelyn:  Mendez requested the Notary Presenter to present documented contracts to BANKUNITED, FSB,EASTERN FINANCIAL CREDIT UNION, GREEN TREE SERVICING LLC, SPACE COAST CREDIT UNION any successors and/or assigns and these presented documents where received, and never responded. In the event that the presentments where never responded BANKUNITED, FSB, EASTERN FINANCIAL CREDIT UNION, GREEN TREE SERVICING LLC,  SPACE COAST CREDIT UNION any successors and/or assigns are in default and has comprise there agreement that all issues pertaining to the contract, including the Release of Mortgage on my property CFN#, 03R0S0564  recorded January 23rd 2003 BOOK 20969  PG 2316 and CFN 2005R1089326 OR BK 23879 PGS 3961-3966 on 10/15/2005. A release of Mortgage will be recorded in the Miami Dade County Public records as provided herein.

## AFFIDAVIT OF DECLARATION OF OWNERSHIP

We,  :Angel: and Evelyn: of the family Mendez, a natural living man and woman, after having been duly sworn to in accordance with law, hereby depose and state, that: The said natural man and woman are the grantor of said property:

SPANISH VILLAS CONDO UNIT 1405 - BLDG 14 UNDIV .093% INT IN COMMON ELEMENTS OFF REC 9486-835 OR 18850-154 1099 1 APN: 30-4927-019-0970

### 6526 Kendale Lakes Drive Apartment 1405 Miami, Florida [33183]

That I execute this Affidavit to attest and declare the truth of the foregoing facts and for whatever legal purposes that this Affidavit may serve. Please authenticate this document and issue me an Apostille for this document that will be used in the united States of America. If you have any questions you can contact me at 305-383-3456.

Yours to count on,

_____
:Angel: Mendez   UCC 1-308

_____
:Evelyn: Mendez UCC 1-308

STATE OF FLORIDA

COUNTY OF Miami-DADE

The foregoing instrument was acknowledged before me, a on this 30th day of August, 2010, by Angel Mendez, who was personally known to me, or who produced the following identification:

_____
NOTARY SIGNATURE

LyneHE LEYVA                    SEAL
NOTARY PRINTED NAME

LYNETTE LEYVA
NOTARY - STATE OF FLORIDA
COMMISSION # DD931818
EXPIRES: October 08, 2013
FL Notary Discount Assoc Co.
1-800-3-NOTARY

A black and white copy of this document is not official.



# State of Florida

## Department of State

# APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. **Country:** United States of America

   **This public document**

2. has been signed by **LYNETTE LEYVA**

3. acting in the capacity of **Notary Public of Florida**

4. bears the seal/stamp of **Notary Public, State of Florida**

**Certified**

5. at **Tallahassee, Florida**

6. the **Eighth day of September, A.D., 2010**

7. by **Secretary of State, State of Florida**

8. No. **2010-91035**

9. Seal/Stamp:



10. **Signature:**

*Laura K. Roberts*

Secretary of State

DSDE 99 (5/10)

# Exhibit I

This document cont_____ _____ee "SAFE" and "VERIFY FIRST."